IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID CAUDLE, | ) |
| Plaintiff, | ) Civil Action No.: 2:17-cv-13737-MAG-MKM |
| vs. | ) HONORABLE MARK A. GOLDSMITH |
| NIELSEN HOLDINGS PLC, et al., | ) **STIPULATION TO DISMISS AND AMEND PARTIES** |
| Defendant. | ) |

**STIPULATION TO DISMISS AND AMEND PARTIES**

The parties have stipulated to entry of this order of dismissal of Nielsen Media Research, Inc. and Nielsen Holdings, PLC as parties to this litigation, and further stipulate to amendment of the Complaint to include The Nielsen Company (US), LLC as the proper defendant in this case.

Respectfully Submitted,

Dated this 6th day of February, 2018.

/s/ MEGAN P. NORRIS
Megan P. Norris
Attorney for Defendant
150 West Jefferson, Suite 2500
Detroit MI 48226
Phone: 313-496-7594
Fax: 313-496-8453
Email: norris@millercanfield.com

/s/ CARLA D. AIKENS
Carla D. Aikens, P69530
Attorney for Plaintiff
615 Griswold, Suite 709
Detroit, MI 48226
Phone: 844-835-2993
Fax: 877-454-1680
Email: carla@aikenslawfirm.com

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID CAUDLE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 2:17-cv-13737-MAG-MKM |
| | ) |
| vs. | ) HONORABLE MARK A. GOLDSMITH |
| | ) |
| NIELSEN HOLDINGS PLC, et al., | ) **ORDER SUBSTITUTING DEFENDENT** |
| | ) |
| Defendant. | ) |

**STIPULATED ORDER SUBSTITUTING DEFENDANT**

The parties, by their respective counsel, hereby stipulate and agree to an order substituting Defendant in this matter. All counsel have agreed to dismiss Defendants Nielsen Media Research, Inc. and Nielsen Holdings, PLC from this matter, and have further agreed to add The Nielsen Company (US), LLC as a Defendant.

SO ORDERED.

Dated:  February 8, 2018          s/Mark A. Goldsmith
Detroit, Michigan                 MARK A. GOLDSMITH
                                  United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 8, 2018.

                        s/Karri Sandusky
                        Case Manager