UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CAUDLE,

       Plaintiff,

                                           Case No. 2:17-cv-13737

v.

                                           Hon. Mark A. Goldsmith

THE NIELSEN COMPANY (US), LLC,

       Defendant.

_____/

CARLA D. AIKENS, P.C.
CARLA D. AIKENS  (P-69530)
Attorney for Plaintiff
615 Griswold, Suite 709
Detroit, Michigan  48226
carla@aikenslawfirm.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
MEGAN P. NORRIS  (P-39318)
Attorneys for Defendant Nielsen Holdings, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan  48226
(313) 963-6420
norris@millercanfield.com

_____/

**<u>NOTICE OF APPEARANCE</u>**

## NOTICE OF APPEARANCE

PLEASE ENTER the Appearance of Megan P. Norris of Miller, Canfield,

Paddock and Stone, PLC as counsel for Defendant The Nielsen Company (US),

LLC.

Respectfully submitted,

*/s/Megan P. Norris*
Miller, Canfield, Paddock and Stone, P.L.C.
Attorneys for Defendant
150 West Jefferson, Suite 2500
Detroit, Michigan  48226
(313) 963-6420
(P-39318)
norris@millercanfield.com

Dated:  April 18, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2018, I caused to be served electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to:

CARLA D. AIKENS, P.C.
CARLA D. AIKENS  (P-69530)
Attorney for Plaintiff
615 Griswold, Suite 709
Detroit, Michigan  48226
carla@aikenslawfirm.com

*/s/Megan P. Norris*
Miller, Canfield, Paddock and Stone, P.L.C.
Attorneys for Defendant

31301144.1\136247-00002

2