UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CAUDLE,

      Plaintiff,

v

                                     Case No. 17-13737
                                     HON. MARK A. GOLDSMITH

THE NIELSEN COMPANY (US), L.L.C,

      Defendants.

_____/

## ORDER STRIKING STIPULATION

On March 4, 2019, a stipulation and order compelling Defendant to participate in discovery was filed [Dkt. 21].

Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 11(a), a proposed **stipulation and order** must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF.  The stipulation at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation [Dkt. #21] is STRICKEN.

SO ORDERED.

Dated: March 8, 2019                     s/Mark A. Goldsmith
     Detroit, Michigan                MARK A. GOLDSMITH
                               United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 8, 2019.

                                     s/Kristen MacKay for Karri Sandusky
                                     Case Manager