IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID CAUDLE, | ) |
| PLAINTIFF, | ) CIVIL ACTION NO. 17-cv-13737 |
| | ) |
| vs. | ) HON. MARK A. GOLDSMITH |
| | ) |
| THE NIELSEN COMPANY (US), L.L.C. | ) |
| DEFENDANTS. | ) |

## STIPULATION AND ORDER COMPELLING DEFENDANT TO PARTICIPATE IN DISCOVERY

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel hereto, that Defendant, The Nielsen Company (US), L.L.C., will provide full and complete responses to Plaintiff's First Set of Interrogatories and Requests for Production to Plaintiff's Counsel on or before March 11, 2019.

It Is So Stipulated:

| | |
|---|---|
| CARLA D. AIKENS P.C. | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| Dated: February 28, 2019 | Dated: February 28, 2019 |
| /s/ *Connor B. Gallagher* | /s/ *Megan P. Norris* (Signed with Permission) |
| Connor B. Gallagher (P82104) | Megan P. Norris (P39318) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 614 Griswold St., Ste. 709 | 150 W. Jefferson, Ste. 2500 |
| Detroit, MI 48226 | Detroit, MI |
| Tel: (844) 835-2993 | Tel: (313) 963-6420 |
| Fax: (877) 454-1680 | Fax: (313) 496-8453 |
| connor@aikenslawfirm.com | norris@millercanfield.com |

## ORDER COMPELLING DEFENDANT TO PRODUCE DISCOVERY

**IT IS ORDERED** that Defendant, The Nielsen Company (US), L.L.C., will provide full and complete responses to Plaintiff's First Set of Interrogatories and Requests for Production to Plaintiff's Counsel on or before March 11, 2019.

SO ORDERED.

Dated: March 8, 2019                                          s/Mark A. Goldsmith
       Detroit, Michigan                                  MARK A. GOLDSMITH
                                              United States District Judge