UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CAUDLE,

      Plaintiff,

v

                                    Case No. 17-13737
                                    HON. MARK A. GOLDSMITH,

THE NIELSEN COMPANY (US), LLC,

      Defendant.

_____/

## ORDER STRIKING STIPULATION

On March 12, 2019, a stipulation to extend discovery was filed [Dkt. 24].

Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 11(a), a proposed **stipulation and order** must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF.  The stipulation at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation [Dkt. #24] is STRICKEN.

SO ORDERED.

Dated: March 12, 2019                   s/Mark A. Goldsmith
      Detroit, Michigan               MARK A. GOLDSMITH
                                 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 12, 2019.

                              s/Karri Sandusky
                              Case Manager