IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CAUDLE,

       Plaintiff,

                              Case No. 2:17-cv-13737

v.

                              Hon. Mark A. Goldsmith

THE NIELSEN COMPANY (US), LLC,

       Defendant.

_____

| | |
|---|---|
| CARLA D. AIKENS, P.C. | MILLER, CANFIELD, PADDOCK |
| CARLA D. AIKENS  (P-69530) | AND STONE, P.L.C. |
| CONNOR GALLAGHER (P-82104) | MEGAN P. NORRIS  (P-39318) |
| Attorney for Plaintiff | JESSICA B.K. PASK (P-82212) |
| 615 Griswold, Suite 709 | Attorneys for Defendant |
| Detroit, Michigan  48226 | 150 West Jefferson, Suite 2500 |
| carla@aikenslawfirm.com | Detroit, Michigan  48226 |
| | (313) 963-6420 |
| | norris@millercanfield.com |

_____

**DEFENDANT NIELSEN COMPANY (US), LLC'S EXHIBIT LIST**

    Defendant, the Nielsen Company (US), LLC, through its attorneys, Miller, Canfield, Paddock and Stone, P.L.C., hereby provides its proposed exhibit list pursuant to the Court's April 2, 2019 Scheduling Order.  Defendant states that all documents identified, except as noted below, have been provided to Plaintiff. Defendant provides this exhibit list solely on information reasonably available to it to date, and reserves the right to amend or supplement this exhibit list to include documents produced by either party through discovery.

| EX. # OR LETTER | DESCRIPTION | DATE PRODUCED | NOTES |
|---|---|---|---|
| 1 | Caudle Personnel File | March 11, 2019 | |
| 2 | 2012 Performance Evaluation for David M. Caudle | March 11, 2019 | |
| 3 | 2013 Performance Evaluation for David M. Caudle | March 11, 2019 | |
| 4 | 2014 Performance Evaluation for David M. Caudle | March 11, 2019 | |
| 5 | 2015 Check-in & Annual Summary for David M. Caudle | March 11, 2019 | |
| 6 | Caudle Performance Improvement Plan | March 11, 2019 | |
| 7 | US Guide to Policies and Procedures | March 11, 2019 | |
| 8 | Your Guide to Time Away from Work | March 11, 2019 | |
| 9 | 2014-2015 LPM Sample Selection | March 11, 2019 | |
| 10 | 2016 Policy Regarding Discrimination Sexual Harassment Workplace Relationships | March 11, 2019 | |
| 11 | Emails between Fantarella and Caudle | March 11, 2019 | |
| 12 | Defendant's EEOC Position Statement | March 11, 2019 | |
| 13 | Plaintiff's Charge of Discrimination | March 11, 2019 | |
| 14 | Code of Conduct | March 11, 2019 | |
| 15 | Caudle Investigation File | March 11, 2019 | This file has not been produced to Plaintiff as |

| | | | Plaintiff's counsel has not signed the proposed protective order. Defendant will produce Ex. 15 under a mutually agreeable protective order. |
|---|---|---|---|

Respectfully submitted,

/s/Megan Norris
Miller, Canfield, Paddock and Stone, P.L.C.
Attorneys for Defendant
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
norris@millercanfield.com
P39318

Dated: April 23, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

/s/Megan P. Norris
Miller, Canfield, Paddock and Stone, P.L.C.
Attorney for Defendant
150 West Jefferson, Suite 2500
Detroit, Michigan  48226
(313) 963-6420
norris@millercanfield.com
P39318