**IN THE UNITED STATE DISTRICT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DAVID CAUDLE

               PLAINTIFF,

VS.

NIELSEN HOLDINGS PLC, ET AL.,

               DEFENDANTS.

CASE NO. 2:17-CV-13737

HON. MARK A. GOLDSMITH

---

| | |
|---|---|
| CARLA D. AIKENS, P.C. | MILLER, CANFIELD, PADDOCK, AND STONE, P.L.C. |
| CARLA D. AIKENS (P69530) | |
| CONNOR B. GALLAGHER (P82104) | MEGAN P. NORRIS (P39318) |
| *Attorneys for Plaintiff* | *ATTORNEYS FOR DEFENDANT* |
| 615 Griswold Street, Suite 709 | 150. W JEFFERSON, STE. 2500 |
| Detroit, Michigan 48226 | DETROIT, MI 48226 |
| carla@aikenslawfirm.com | TEL: 313-963-6420 |
| connor@aikenslawfirm.com | FAX: 313-496-8453 |
| Phone: (844) 835-2993 | NORRIS@MILLERCANFIELD.COM |
| Fax: (877) 454-1680 | |

---

### PLAINTIFF'S EXHIBIT LIST

NOW COMES Plaintiff, by and through his attorneys, Carla D. Aikens, P.C., hereby provides its Exhibit List pursuant to the Court's Scheduling Order. Plaintiff states that all documents identified, except as noted below, have been provided to the Defendant. Plaintiff provides this exhibit list solely on information reasonably available to it to date, and reserves the right to amend or supplement this Exhibit List to include documents produced by either party through discovery.

| | Description | Date Produced |
|---|---|---|
| 1. | Caudle Personnel File | Already in Defendant's possession |
| 2. | Customers of Defendant serviced by Plaintiff | Already in Defendant's possession |

1

PLAINTIFF'S WITNESS LIST

Dated:  April 23, 2019                    Respectfully submitted by:


                                              */s/ Carla D. Aikens*
                                              Carla D. Aikens (P69530)
                                              Carla D. Aikens, P.C., Attorneys for Plaintiff

2

PLAINTIFF'S WITNESS LIST