UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David Caudle
_____,

        Plaintiff(s),

v.                                                    Case No. _17-13737_____

The Nielsen Company, LLC                              HON. MARK A. GOLDSMITH
_____,

        Defendant(s).

_____/

## ORDER STRIKING DOCUMENT (Dkt. 34 )

        The Court has reviewed the following document: _Def. Mot. for Summ. J._____

(Dkt. _34___).  The Court finds that it should be stricken for the following reason(s):

☐ Missing or insufficient statement of non-concurrence.  See LR 7.1(a).

☐ Over-length.  See LR 7.1(d)(3).

☐ Wrong font size.  See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.).  See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.).  See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

_____

_____

_____.

☑ Other: Does not contain Local Rule Certification, as required by the

Court's November 20, 2017 order (Dkt. 4).

_____.

Accordingly, the Court strikes the document. ___Defendant___ shall file an amended

document that complies with all requirements on or before ___June 27, 2019___.

SO ORDERED.

Dated: June 25, 2019
       Detroit, Michigan

s/Mark A. Goldsmith
_____
MARK A. GOLDSMITH
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on ___June 25, 2019___.

s/Erica Karhoff on behalf of
_____
Karri Sandusky
 Case Manager