# **INDEX OF EXHIBITS**

1. Deposition of David Caudle

2. Policy Regarding Discrimination, Harassment, Retaliation and Workplace Relationships

3. US Employee Guide to Nielsen Policies and Procedures

4. Nielsen Company (US) Your Guide to Time Away From Work

5. May 23, 2012 Offer Letter

6. Job Profile

7. June 10, 2016 Email R. Dinsmore to D. Caudle

8. 2012 Performance Evaluation

9. 2013 Performance Evaluation

10. July 2014 Performance Improvement Plan

11. 2014 Performance Evaluation

12. 2015 Performance Evaluation

13. Workers' Compensation Intake Form

14. January 12, 2015 Email re: D. Caudle

15. September 7, 2017 Email from D. Caudle

16. September 4, 2016 Emails between D. Caudle and R. Dinsmore

17. September 27, 2016 Email written by R. Dinsmore

18. October 6, 2016 Email from R. Dinsmore

19. October 10, 2016 Email to R. Dinsmore

20. October 12, 2016 Termination Letter to D. Caudle

21. Investigation Summary

22. October 18, 2018 Email D. Caudle to D. Fantarella

23. August 18, 2017 EEOC Dismissal

24. Defendant's Supplemental Responses to Plaintiff's Interrogatories

25. September 27, 2016 Email R. Dinsmore to A. Culver

26. May 26, 2016 Email R. Dinsmore to P. Veith

27. Unpublished Cases

33892235.1\136247-00002