2



# Policy Regarding Discrimination, Harassment, Retaliation and Workplace Relationships

### *Unlawful Discrimination, Harassment and Retaliation are Prohibited*

==Nielsen is committed to maintaining a work environment that is free of discrimination and harassment. In keeping with this commitment, Nielsen prohibits conduct having the purpose or effect of interfering with the terms or conditions of employment or creating an intimidating, hostile or offensive work environment on the basis of an employee's race, religious creed, color, national origin, ancestry, physical disability, mental disability, medical condition, genetic information, marital status, sex, gender, gender identity, gender expression, age, sexual orientation, military and veteran status or any other characteristic protected by law.==

This policy applies to all employees, supervisors, applicants, independent contractors, customers, vendors, suppliers and other third parties. Conduct prohibited by this policy is unacceptable in the workplace and in any work-related setting outside the workplace, such as during business trips, business meetings and business-related social events.

Harassment on the basis of any characteristic protected by law is strictly prohibited. Harassment is any conduct that has the purpose or effect of creating an intimidating, hostile, or offensive work environment, of unreasonably interfering with an individual's work performance, or otherwise adversely affects an individual's employment opportunities. It includes, without limitation, verbal harassment (epithets, derogatory statements or slurs), physical harassment (assault or physical interference), and visual harassment (offensive or suggestive objects or posters, cartoons or drawings).

Sexual harassment is defined as unwanted sexual advances, or visual, verbal or physical conduct of a sexual nature, including but not limited to:

- Offering employment benefits in exchange for sexual favors;
- Making or threatening reprisals after a negative response to sexual advances;
- Visual conduct such as leering, making sexual gestures, displaying of suggestive objects or pictures, cartoons or posters;
- Verbal conduct such as making or using derogatory comments, epithets, slurs and jokes;
- Verbal sexual advances or propositions;
- Verbal abuse of a sexual nature; and
- Physical conduct such as touching, assault, or impeding or blocking movements.

Sexual harassment is illegal and occurs when employment decisions affecting an individual - such as hiring, firing, promotions, awards, transfers or disciplinary action - result from submission to or rejection of unwelcome sexual conduct.  Thus, it is sexual harassment for a supervisor to coerce an employee into a sexual relationship and then reward the employee with a promotion.  It is also sexual harassment for a supervisor to take disciplinary action against or deny a promotion to an employee because he or she rejected sexual advances.



Sexual harassment can also be any activity that creates a hostile or offensive sexually-charged environment, whether such activity is carried out by a supervisor, a co-worker or a third party. This could include workplace conduct such as displaying sexually demeaning pictures; telling sexually oriented jokes; making sexually offensive remarks or engaging in unwanted sexual teasing; or subjecting another employee to pressure for dates, sexual advances or unwelcome touching.

Courteous, mutually respectful, pleasant, non-coercive interactions that are acceptable to both parties should be the norm in all our dealings with one another.

Nielsen prohibits retaliation against any individual who reports discrimination or harassment or who participates in an investigation of such reports. Retaliation is a violation of this policy and, like discrimination and harassment, may subject an individual to disciplinary action, up to and including termination.

## *Complaint Procedure*

Nielsen strongly urges the prompt reporting of all incidents of discrimination, harassment or retaliation. Employees who believe they have experienced conduct that violates this policy or who have concerns about such matters should make a complaint to the Human Resources Department by contacting his or her Human Resource Business Partner, or to the North America Ombudsman in one of the following ways:  by email at NorthAmericaOmbudsman@nielsen.com, by calling 855-373-5902, or by completing an online form at https://iwf.tnwgrc.com/Nielsen. Employees should make complaints promptly and before the conduct becomes severe or pervasive. Employees are encouraged to provide as many details as possible, such as names, dates, times and places to facilitate the investigation.  Managers who receive a complaint of discrimination, harassment or retaliation must promptly report such complaint to the appropriate Human Resources Business Partner.

This complaint procedure does not preclude employees who believe that are being subjected to harassing conduct from promptly advising the offender that his or her behavior is unwelcome and requesting that it be discontinued.

Any complaint of discrimination, harassment or retaliation will be documented and investigated promptly, thoroughly and impartially. Nielsen understands that these matters can be extremely sensitive and, to the extent possible, will keep all complaints and communications, such as interviews and witness statements, in confidence. If misconduct is found during the investigation, appropriate remedial measures will be taken in a timely manner. Responsive action will depend on the facts and circumstances of the incident(s), but may include training, referral to counseling, monitoring of the offender, and/or disciplinary action such as a warning, reprimand, temporary suspension, or termination.

An employee may also file a complaint with the federal Equal Employment Opportunity Commission (EEOC).  The EEOC's offices can be found at www.eeoc.gov.  Employees may also file a complaint with the appropriate State Agency.  For example, California employees may file a complaint with the EEOC and/or California's Department of Fair Employment and Housing (DFEH).  The DFEH has offices throughout California that can be found at www.dfeh.ca.gov and on the Equal Employment Opportunity poster displayed in Nielsen's California offices.

Under no circumstances will Nielsen tolerate any retaliatory actions against anyone making a complaint, regardless of the outcome.

CONFIDENTIAL                    Nielsen_Caudle000121



### *Consensual Romantic Relationships and Dating Between Employees*

Subject to the specific limitations and prohibitions in this policy, Nielsen does not object to consensual romantic or sexual relationships between employees (*i.e.*, dating).  However, Nielsen prohibits dating between a supervisor and any direct subordinate or any person who is managed by a direct subordinate of the supervisor (a "covered employee") because a dating relationship between a supervisor and a subordinate may lead to actual or potential conflicts of interest, complaints of favoritism, claims of sexual harassment, and employee morale problems.  In any case where a supervisor begins dating a covered employee, both parties must give prompt written notice of the relationship to the appropriate Human Resources Business Partner or to a member of the Legal Department who shall in turn report the matter to the Chief Legal Officer and the Chief Human Resources Officer of the Company. Nielsen may assist either or both employees to find other positions within the Company so that the supervisory relationship is eliminated.  However, Nielsen has no obligation to find a position for either employee in these circumstances and reserves the right to terminate the employment of either or both of the employees if it is in the best interest of the Company.  In the interim (between notice and the final resolution), the Company may take measures to assure that the subordinate employee in the dating relationship is supervised in a manner unaffected by the relationship.

Additionally, in the event a senior executive (any person having the title of senior vice president or higher) conducts a dating relationship with any employee below the level of vice president (a junior associate), whether or not the junior associate is a covered employee, the senior executive must give prompt written notice of the relationship to the Chief Legal Officer or the Chief Human Resources Officer.  Following receipt of a notice, the Company will interview both parties and/or take such other actions as it considers appropriate to determine whether the relationship is consensual and otherwise consistent with this policy.

The Company reserves the right in the case of any dating relationship between employees (including but not limited to a relationship between a senior executive and a junior associate) to take such actions as it considers appropriate to determine that the relationship is consensual and otherwise consistent with this policy.

The Company expects that employees engaged in a dating relationship will conduct themselves in a businesslike manner during the performance of their employment and will minimize the impact of their relationship on their co-workers and the workplace in general.

Failure to give notice is a violation of this policy subject to disciplinary action up to and including termination of employment.

### *Geographic Application of Policy*

This policy applies to all employees of the Company in the United States.  It should be used as a guideline for employee conduct in all other jurisdictions subject to applicable local law.

May 2016

3

CONFIDENTIAL          Nielsen_Caudle000122