**4**



# YOUR GUIDE
# TO TIME AWAY
# FROM WORK

2016

CONFIDENTIAL                    Nielsen_Caudle000090

# I'M LEAVING FOR TRAINING/ACTIVE DUTY WITH THE MILITARY

## PLANNING YOUR LEAVE

If you report for active military duty or military training, you may take **up to five years of unpaid military leave** (with certain exceptions):

• If you're an eligible reservist involuntarily called  and are full-time, you will receive full compensation up to a maximum of six months over the course of your career.

• If military duty extends past six months, you will receive an additional six months of pay equal to the difference between your salary in the reserves and your salary at Nielsen.

• Your Nielsen medical benefits will also continue for six months, and your life, accident and disability benefits for 12 weeks.

## WHAT YOU NEED TO DO

• Let your Leader and HR Leave Administrator know in advance.

• Complete the **Leave Notification Form** (Nielsen Intranet) and submit to your Leader and HR Leave Administrator.

## RETURNING TO WORK

When you are ready to return to work, you'll need to provide a **copy of your confirmation of duty**, including service dates, to the supervisor/manager.

With limited exceptions, you can return to your job at Nielsen if you leave it for uniformed service, and you must ensure that:

• You give Nielsen advance written or verbal notice of your service.

• You have five or fewer years of cumulative service in the uniformed services.

• You return to work or apply for re-employment in a timely manner after conclusion of your service.

• You have not been separated from service with a disqualifying discharge or under other-than-honorable conditions.

## IMPACT OF VACATION TIME WHILE ON LEAVE

• Vacation time does not accrue when you are on an unpaid leave.

• Upon returning from leave, accruals will resume if eligible.

• The rate at which associates accrue vacation time is not impacted by the leave.

• Accrued but unused vacation must be applied toward unpaid leave.

## RETURNING TO WORK

If the leave is related to your own disability and you're ready to return to work, have your physician complete the **Return to Work** form and submit it to your **HR Leave Administrator**. For all other leaves, contact your HR Leave Administrator and your leader to let them know when you're planning to return.

## WHAT YOU NEED TO DO

• Talk to your leader and MetLife to fully understand your available options and how to best transition from work to leave and back to work again.

• Initiate a leave with MetLife at **800-396-8876**.

• Complete the **Leave Notification Form** (Nielsen Intranet) and submit to your Leader and HR Leave Administrator.

## WHEN TO FOLLOW UP

If you don't hear anything about the status of your leave of absence request within two weeks of sending your completed paperwork, contact MetLife at **800-396-8876**.

CONFIDENTIAL            Nielsen_Caudle000104

15

**FORMS YOU'LL NEED**

• **Leave Notification Form**
  (Nielsen Intranet)

• Medical Authorization

• **Return to Work**

For more information, log on
to **netbenefits.com/Nielsen**,
select the Health & Insurance
Reference Library and check out:

• Benefits of Nielsen Guide

• Summary Plan Description

# SHORT-TERM DISABILITY

## UNDERSTANDING SHORT-TERM DISABILITY BENEFITS

• Short-term disability provides income replacement up to a maximum of 12 weeks within a 24-month period when your health care provider determines that you are unable to work due to a medical issue.

• The percentage of salary continuation that you receive is based on length of service, as indicated in the chart below.

• Each request is assessed on an individual basis following established disability guidelines and your health care provider's recommendation.

• Approval/denial determinations are made independently by MetLife.

• Short-term disability has a five-day elimination period, which starts on your disability date.

• The disability date is established by MetLife with input from your health care provider. *Please note that if you are not under a doctor's care on your first day out, your waiting period may be longer than five days.*

• You are required to use available paid time off (sick, vacation, or personal days) during the elimination period.

• If no paid time off is available, the elimination period will be unpaid.

• Short-term disability benefits start on your sixth consecutive day of absence or six workdays from the established disability date.

| Years of Service | Weeks at 100% of Base Pay | Weeks at 70% of Base Pay |
|---|---|---|
| 3 months up to 2 years | 6 weeks | 6 weeks |
| 2 years through 9 years | 8 weeks | 4 weeks |
| 10+ years | 12 weeks | N/A |

## ELIGIBILITY

Full-time associates are automatically enrolled in the Short-Term Disability plan and are eligible for Short-Term Disability benefits after 90 days of continuous service with Nielsen.

CONFIDENTIAL                Nielsen_Caudle000105

## WHAT YOU NEED TO DO

• Contact MetLife at **800-396-8876** to initiate your claim.

• Complete the **Leave Notification Form** (Nielsen Intranet) and submit to your Leader and HR Leave Administrator.

• Many states have leave laws that may provide you with enhanced leave benefits. MetLife will notify you if this affects you. You will be responsible for completing required paperwork.

• Follow up: contact MetLife at **800-396-8876** regarding approval and claim status.

• Your benefit will begin on the sixth consecutive working day you are absent due to a covered disability.

• The first five days you're absent from work are counted against your available paid time (sick, personal or accrued vacation). Your Short-term Disability pay (base pay only) will begin on your sixth day of absence due to medical disability. If you do not have any paid time available, the first five days of your absence will be unpaid.

• Short-term Disability does not provide job protection. You must also apply and be approved for **Family and Medical Leave** to ensure that your job is protected while receiving Short-term Disability benefits.

## RETURNING TO WORK

When you're ready to return to work, have your doctor complete the **Return to Work** form and submit it to your HR Leave Administrator.

---

### GRAND ROUNDS

We think there's a better way to get better specialty care treatment, and put new digital tools to work for you.

**Expert second opinions** — A specialist who ranks in the top 3% in the country provides an expert second opinion on your current diagnosis and treatment plan.

**Access to quality-verified physicians** — identify a top physician/specialist using an evidence-based approach, set up the appointment for you, forward your medical records and make sure it's covered by your medical insurance.

**Digitizing all your medical records** — merge all your medical records from various doctors/ facilities into one comprehensive file with 24/7 access to an online dashboard.

Go to **grandrounds.com/Nielsen** for more information

CONFIDENTIAL                    Nielsen_Caudle000106

17

# LONG-TERM DISABILITY

## PLANNING YOUR LEAVE

• Long-term Disability (LTD) provides income replacement if you are disabled due to illness or injury for an extended period of time. Your benefits begin after **90 days** of a continuous medically certified disability.

• To be eligible for LTD benefits, you must enroll in LTD during Annual Enrollment. You pay the full cost of LTD insurance using after-tax dollars.

• LTD replaces 60% of your eligible pay up to $15,000 a month.

• The income you receive through LTD is not subject to federal income tax because your contributions are made with after-tax dollars, meaning you have already paid the appropriate taxes for the benefit.

## WHAT YOU NEED TO DO

• Your current Short-term Disability claim is on file with MetLife; however, when transitioning to LTD, MetLife requires additional medical information from your health care provider to approve LTD.

• Follow up with MetLife at **800-396-8876** to ensure timely processing of your claim.

• For more information about LTD, log on to **netbenefits.com/Nielsen** and select the Health & Insurance Reference Library on the home page to view the Summary Plan Description and Benefits of Nielsen Guide.

# WORKERS' COMPENSATION

Nielsen provides workers compensation insurance in accordance with state law. Workers compensation provides employee coverage against lost wages and medical expenses incurred as a result of on-the-job accidents or job-related illnesses. Employees who suffer a work-related illness or injury should immediately contact their manager to report the incident.

The employee's manager will then complete the appropriate reporting forms which will be submitted to Sedgwick, Nielsen's workers compensation provider, with the exception of Ohio, Washington, North Dakota and Wyoming which will be managed by the State.

## WHAT YOU WILL NEED TO DO WHEN YOU INCUR A WORK-RELATED INJURY OR ILLNESS

- If you are in an emergency situation, contact 911 first, and then contact your manager.

- For non-emergency situations, contact your manager immediately.

- If you are not seeking medical treatment, advise your manager that you are not. If you seek medical treatment, share with your manager your medical provider's name and contact information.

- If you are seeking medical treatment and were injured in any state other than Ohio, Washington, North Dakota and Wyoming, visit Sedgwick's Provider network at **http://www.viaoneprovidersearch.net/** to access Sedgwick's Provider Network. Enter the **Login ID**: Sedgwick6354 and **Password**: 6354. You can select a Sedgwick Provider by name, address, or region.

  – Employees who incur a work-related injury or illness in Washington will visit: **https://secure.lni.wa.gov/provdir/** to access information on how to choose a medical provider.

  – Employees who incur a work-related injury or illness in Ohio will visit: **https://www.bwc.ohio.gov/basics/guidedtour/generalinfo/ generalinfo25.asp** to access information on how to choose a medical provider.

  – Employees who incur a work-related injury or illness in North Dakota will visit: **http://dlr.sd.gov/workerscomp/employeerights_responsibilities.aspx** to access information on how to choose a medical provider.

  – Employees who incur a work-related injury or illness in Wyoming will visit: **http://doe.wyo.gov/** to access information on how to choose a medical provider.

CONFIDENTIAL          Nielsen_Caudle000108

# ABSENCE ELIGIBILITY CHART

| | Who is Eligible? | Time Off | Runs Concurrently with FMLA? |
|---|---|---|---|
| Adoption Leave | Full-time Associates | 10 weeks | Yes |
| Bereavement Leave | Full-time Associates | 5 days | No |
| Jury Duty | Full- and Part-time Associates | As needed | No |
| FMLA | Full- and Part-time Associates | 12 weeks | N/A |
| Maternity Leave | Full-time Associates | 10 weeks | Yes |
| Military Leave | Full- and Part-time Associates | 5 years | No |
| Parental | Full-time Associates | 2 weeks | Yes |
| Personal | Full-time Associates | 1 year | No |
| Short-term Disability | Full-time Associates with 3 months of service | 12 weeks | Yes |
| Long-term Disability | Enrolled Full-time Associates | Up to plan maximums | Yes |

For More information, see the **Nielsen FMLA Policy**.

CONFIDENTIAL

Nielsen_Caudle000111

# NEW CHILD LEAVE CHECKLIST

## WHAT YOU NEED TO DO *BEFORE* YOU GO ON LEAVE

Before you leave work to deliver your baby, you'll want to inform your leader, request maternity leave and take steps to prepare your colleagues for your absence. Ultimately, how and when you choose to have these conversations is up to you, but following a few basic guidelines can help ease the process.

○ **1. Let your supervisor know about your leave.**

It's your responsibility to notify your supervisor and the HR Department if you're planning a leave of absence.

Before going on leave, you must give your leader at least 30 days' written notice of the need for leave and the anticipated start date of the leave. If the need for leave is unforeseen, you must provide as much notice as feasible, after you become aware of the situation giving rise to the need for leave. You may want to talk to co-workers to see how they handled their maternity leaves and/or ask for recommendations on local child care programs.

○ **2. Complete and send in the necessary forms.**

• Complete the **Leave Notification Form** (Nielsen Intranet) form and submit it to your Leader and **HR Leave Administrator**.

• To initiate your maternity leave, contact MetLife at **800-396-8876**

• You must also complete any paperwork related to disability and state-specific leaves that you wish to take by initiating your claim.

○ **3. Watch for more information and follow up.**

If you don't hear anything about the status of your leave of absence request within two weeks of sending your completed paperwork, contact your MetLife.

○ **4. Enroll in Nielsen's Healthy Pregnancy Program.**

…and learn more about Nielsen's other health and wellness resources (e.g., Associate Assistance Program and Get Healthy Rewards).