5



May 23, 2012

David Caudle
21441 Cambridge Ave
Detroit, Michigan 48219

Dear David:

Welcome to Nielsen!

We are pleased to confirm our offer of employment for the position of Field Service Representative at Nielsen. In this position, you will report to Ryan Dinsmore, Field Manager, with a start date of May 29, 2012. You will receive a bi-weekly salary of $1,400.00 or the equivalent of $17.50 hourly ($36,400.00 annually). As a non-exempt employee, you are also eligible for overtime for all hours worked over forty (40) per week or as required by state law. The overtime hourly rate is $26.25. All overtime must be approved, in advance, by your supervisor.  You will also receive a biweekly regional pay differential of $115.38 ($3,000 annually).

You will be paid on a biweekly basis, pursuant to the payroll schedule.  You will receive your initial paycheck on the first scheduled pay date following your start date, unless that scheduled pay date is within 6 business days of your start date, in which case you will receive your initial paycheck on the next scheduled pay date.

Nielsen's approach to health care is centered on helping you sustain and/or improve your health. We offer a number of programs as well as information to help you prevent the onset of illness and disease, and give you the plans, incentives and information you need on http://www.nielsen.com/discovernielsen.

After 90 days of employment, you will also be eligible to earn up to 10 days of vacation per calendar year, prorated as of your first day of employment.

You can also access your new hire paperwork by clicking on the above Discover Nielsen link. ***Please print and complete the paperwork, and bring it with you on your first day of employment. You will also need to bring this signed offer letter and the proper documentation as directed on the Employment Eligibility Verification Form I-9 to establish your identity and employment eligibility.***

This offer is conditional upon successful completion of a background check provided by our third party vendor, HireRight.   The background check may include an employment and education verification and criminal investigation.  You will also be required to sign a Confidentiality Agreement as a condition of employment.

Upon accepting this offer, you'll need to provide us with several pieces of information so we may expedite your onboarding process, meet legal requirements, and ensure the accuracy of your employment record.

Nielsen_Caudle000005

First, go into this link:
https://nielsen.taleo.net/careersection/background_1/joblist.ftl?lang=en&portal=18140133317 and search by Field Service Representative – Detroit or req# 1201980. Click on the job title and enter your username and password. The system will prompt you to input and verify the information listed. You will be asked to enter your Social Security Number and date of birth. While in the system, please ensure that all supplied information is accurate and complete. **PLEASE COMPLETE THIS STEP AS SOON AS POSSIBLE.**

While it is our sincere hope that our relationship will be a long and mutually beneficial one, your employment by Nielsen is at-will, which means either you or the company may voluntarily terminate your employment at any time.

On behalf of Nielsen, we are excited and pleased about you joining our organization.

Sincerely,

Lori Leveille
Nielsen

Accepted:

_[signature]_  5/23/12
David Caudle / Date

Nielsen_Caudle000006