# 6



# Job Profile

**Job Title: Field Representative**

**Job Purpose**

• Our Field Representative position manages a geographic assignment of numerous Nielsen households, and install equipment into said households. Field Reps will build and maintain relationships with Nielsen families while coaching all family members on how to use our equipment and ensuring ongoing family participation and customer service.

**Job Responsibilities**

• Establish and maintain long term relationships from randomly selected Panel Members.

• Responsible for prioritizing, scheduling, and completing all work following established policy and guidelines in an assigned territory.

• Responsible for maintaining work assignments to meet various Nielsen objectives and performance goals including Market and Sample commitments, contractual requirements, quality standards, policy and procedural requirements, and customer satisfaction.

• Responsible for accurately collecting and reporting Panel demographics and audience information using Nielsen proprietary software.

• Responsible for diagnosing and troubleshooting data/equipment and taking necessary corrective action to collect and retrieve accurate audience data.

• Ensure collection and transmission equipment is properly installed and configured in Nielsen Panels to transmit necessary audience data.

• Educates and coaches Panel members on operation, security procedures and expected participation responsibilities to protect the integrity of the Nielsen sample and usage of Nielsen equipment to ensure optimum performance results.

• Must use negotiation skills to gain and maintain cooperation of Panel members, solicit additional participation in Nielsen samples, such as PC measurement, portable video, and others.

• Must use negotiation skills to work with phone, voice, data, and content providers

• Drivers licenses and clean driving record

• Ability to drive a company-provided vehicle in a safe and efficient manner.

• Ability to drive long distances, up to 200 miles per trip.

• Ability to drive in daylight and darkness, in various weather conditions and traffic patterns including heavy traffic, small or unpaved roads and larger multi-lane highways.

• Willing and able to be outside, in all weather conditions going door-to-door to people's homes.

• Being able to navigate stairs, elevators, walkways and driveways (paved and unpaved) and a wide variety entrances into people's homes.

• Willing and able to interact with people for several hours in their home – regardless of the location or condition of their home, this includes homes that may contain pets of any kind, as well as be in various states of cleanliness or disarray.

• Ability to use email, spreadsheet, word processing software and other applications in a laptop computer, smart phone, and/or tablet

• Ability to operate GPS, and read a traditional map.

**Scope**

• **Budget Responsibility: 0**

• **Key interface relationships (internal and external):**  Internal-Field Manager, Panel Membership Representative, Panel Relations Specialists; External- Nielsen Panel Households

• **Number of employees managed:**    0

• **Number of employees indirectly managed:**    0

• **Number of third party employees (contractors/outsourced) managed directly/indirectly**  0:

• **The role is global/regional/ local: Local**

• **Breadth of functions under management**  0:

**Other factors indicating size/complexity of role:**   Often required to work in difficult socio- economic and demographic areas. Very broad determination of schedule, workload is essentially self-managed by individual FR.

**Role Requirements**

• P-Previous experience with consumer electronics

• E-Software systems aptitude and networking knowledge

• E-Superior customer service skills with the ability to coach family members of all ages

• E-Strong negotiation skills to gain and maintain cooperation of Panel members

• E-Computer skills including Windows based PC proficiency

• E-Strong organizational/time management skills

• E-Experience working with minimal supervision

• P-Bachelor's degree in any discipline preferred. Technical diploma, Certificate of Completion, Associate's degree or military experience is a plus.

• E-High School diploma required

• E-Valid driver's license required

• E-Driver's licenses and clean driving record

• E-Ability to drive a company-provided vehicle in a safe and efficient manner.

• E-Ability to drive long distances, up to 200 miles per trip.

• E-Ability to drive in daylight and darkness, in various weather conditions and traffic patterns including heavy traffic, small or unpaved roads and larger multi-lane highways.

• E-Willing and able to be outside, in all weather conditions going door-to-door to people's homes.

• E-Being able to navigate stairs, elevators, walkways and driveways (paved and unpaved) and a wide variety entrances into people's homes.

• E-Willing and able to interact with people for several hours in their home – regardless of the location or condition of their home, this includes homes that may contain pets of any kind, as well as be in various states of cleanliness or disarray.

• E-Ability to use email, spreadsheet, word processing software and other applications in a laptop computer, smart phone, and/or tablet

• E-Ability to operate GPS, and read a traditional map.

CONFIDENTIAL        Nielsen_Caudle000246