7



---------- Forwarded message ---------
From: **Dinsmore, Ryan** <​@nielsen.com>
Date: Fri, Jun 10, 2016 at 10:52 AM
Subject: RE: Folder- 19151816
To: Caudle, David M <​@nielsen.com>
Cc: Mata, Raul <​@nielsen.com>


It is your home Dave so when you return from vacation you will need to talk with them and find out the best way to proceed.   I did a quick review of the folder and what I see is that almost immediately after the home was installed we began to see flags open.   Instead of setting an appt to check everything out when you spoke to the HH, you closed the EUV and AOSF1 and created a deferred flag.   However the PSAs don't see that the comments in the deferred flag match what is being seen in the home.   Also, AOSF1s don't "clear themselves"

==as you stated in your contact.  AOSF1s are big signs that something is wrong 90%+ of the time and in combination with an EUV at the same time, something is clearly wrong at that site and until we know what that is, it is a good thing that this HH is in WH.  Honestly this is one of the reasons why you shouldn't be working while out on medical leave.==

What we should have done with this basic when the flags started to open was to set a fine tuning appointment in order to correct any metering issues and properly create deferred flags.   Now we have over-contacted the home and they want out.  We have to save this basic if we can.  Early next week we should call the home during the BTTC to try and go by there to save the day.  Or plug a DB in to do the same.



House Hold #5

CONFIDENTIAL                    Nielsen_Caudle000308



House Hold #5



*Ryan Dinsmore*

US TV and PC Audience Measurement

Market Manager - Midwest Region

ielsen

  

CONFIDENTIALITY NOTICE:  This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Caudle, David M
**Sent:** Friday, June 10, 2016 9:39 AM
**To:** Krishana, Vikash <░░░░░░░░@nielsen.com>; Dinsmore, Ryan <░░░░░░░░@nielsen.com>
**Cc:** Mata, Raul <░░░░░░@nielsen.com>
**Subject:** RE: Folder- 19151816

Wow Ryan what happens now?

**From:** Krishana, Vikash
**Sent:** Wednesday, June 08, 2016 7:57 PM
**To:** Dinsmore, Ryan <░░░░░░░░@nielsen.com>
**Cc:** Mata, Raul <░░░░░░@nielsen.com>; Caudle, David M <░░░░░░░░@nielsen.com>
**Subject:** Folder- 19151816

Hello All,

I did a Drive by to this home today for a WH. I wasn't able to get into the home the LOH just spoke with me from the porch and was going on about how this isn't a good time for a visit anymore along with they can't participate anymore with all things happening with their family at the moment.

She's having 3 new members in the HH, with her daughter and granddaughter who have recently moved in, along with her 92 year old mother in law moving in soon as well. So there is already 2 new members living there that are not on the PM, plus 1 more soon. She doesn't have time for this anymore either as she stated many times.

Just wanted to let everyone know.


Vikash Krishana
The Nielsen Company
<!-- redacted -->
www.nielsen.com

nielsen