# 8

# 2012 Nielsen Performance Evaluation for David M Caudle



| Employee Information | |
|---|---|
| Last Name: | Caudle |
| First Name: | David |
| Position: | Field Representative LPM |
| Department: | Chicago - Field Ops |

| Review Information | |
|---|---|
| Originator: | Ryan J Dinsmore |
| Review Period: | 01/01/2012 - 12/31/2012 |
| Due Date: | 02/15/2013 |

## Performance Expectations

Identify three key objectives for the appraisal period.

**Objectives:**
Sample Performance:

• Intab minimums maintained at 92.5% for Sets and 89% for Persons 42 out of 52 weeks.
• Sets and Persons differential (split) maintained at <3.5% 42 out of 52 weeks.
• Maintain SPI per established market targets, or Improve SPI per established market targets
• Maintain minimum Field Call Effectiveness of 85% for Maintenance calls and 90% for Installs.
• Maintain Market Install level per Market contract minimum.
• Maintain Differential Fault Rates per sample contract minimum
• Maintain minimum of 60% cooperation rate for all TV/PC homes.
• Maintain minimum of 80% installed for total eligible PCs in participating PC households.
• Complete Personal Coach plus orientations and service requests by due date per field policy.
• Maintain minimum of 90% of total eligible household members coached within six months of initial coach.
• Decrease annual preventable NTO rate
• Maintain assigned Extended Home panel per fault maintenance, coaching and installation requirements.
• Schedule and perform field calls in accordance with structued prioritization and sample demographic needs ( +/- 2pts vrs UE).

**Objectives:**
Sample Quality:

1. Sample Quality
• Complete all Follow-Up Coach scheduled calls per policy.
• Complete all Scheduled Technical Calls and Interim Calls per Field Policy.
• Resolve all open service requests on each field visit.
• Resolve all flags (low and high priority) by required due date
• Adhere to Field Call Quality Checklist on each call.
• Reinforce proper usage of People meter per coaching procedures.
• Complete open work items per established market due dates.
• Analyze, troubleshoot and resolve PC FLAGs by due date,.
• Maintain proper labeling of PBB and PBB remotes per Field policy.
• Accurate submission of MSM data within 24 hours of Field Call.

2. FA Audit Results:
• All sites properly metered per field standards.
• Household demographic errors and security failures not to exceed established market targets.
• All video equipment including peripherals metered and/or reported per field standards.

**Objectives:**
Resource Management:

1. Asset Management:
• Manage equipment adhering to market practices concerning procurement, care, and timely returns.
• Retrieve all Nielsen equipment from households within 30 days of the Out of Sample date (excluding applicable I2 households).
• Automobile - care per policy, including quarterly VCRs
• Printer, Cell Phone, Mobile Scanning Device and GPS units- care per policy
• CitiBank Corporate Card - usage in accordance with Field Policy.
• Follow all AMS policy and procedure including scanning and syncing.


2. Business Administration:
• Fulfill all duties following established Field Policy and Procedure
• On time for field calls, conference calls and meetings.
• Expenses managed in accordance with Nielsen guidelines.
• All expected reports including Expense, Time Trak, etc. submitted accurately by established deadlines.

3. People Team
• Create and maintain effective relationships with Panel Members, peers, and office staff.
• Work effectively and efficiently with key business contacts to meet joint business needs
• Respond to the needs and requests of support departments, peers, and management.
• Partner with membership staff to ensure cooperation.
• Build positive customer service and team relations by embracing and supporting diversity.
• Willingly accept work outside of the assigned field area.
• Actively participate during meetings.
• Check and respond to e-mail in a professional and timely manner.

### Results

Comment on performance and impact during the year.

Section Comments:

**Assessment by Ryan J Dinsmore:**
   This past year we have seen quite a bit of change and growth in the field as well as a few challenges thrown in there for good measure.  We've seen an increased focus on PC measurement, iPad metering, Code Reader markets being announced and installed and we expect that GTAM is right around the corner.   This is all possible because we have found better and more efficient ways to do what we do.   We have become better and better at managing our field work and maintaining our AP platform.   The savings that have been possible due to these improvements are what funds the new initiatives that will keep our company competitive in the marketplace and is why we must never stop trying to develop ourselves and why we should always embrace change. With that change came the introduction of a couple of new employees that have really been adapting well to our market and life at Nielsen.   Having prefaced the review in that manner it it time to get into the performance numbers.   Here we go...
   You finished the year with sets and person's performance @ 92.5% / 89.7% with a 2.8% split.   These numbers exceeded the minimum PPR requirements.   I would like to see you focus on improving your split this year to be < 2.2%.   Clearly, this would also result in increased PBB performance.   A S+P split of < 2% puts you in competition with the top rep in the market this year and the top reps in the country.   Your basic performance was 88.01% persons.   This year I would like you to focus on your impact to SPI by delivering basic performance that is higher than your overall person's performance.   Your overall NFCE for this past year was 88.32% for maint calls and 96.1% for installs - which was the highest in our market.   There is room for improvement in your PC recruiting.   Your PC coop rate is 68.4% and your eligible metered PCs were at 87%.   This is an enormous area of growth for our company that grows more and more important every day.   With that said we need to give it our best effort by using the skills we have acquired and relationships that we have built with our panelist homes to grow our PC sample.   I wanted to mention your PC+ HH performance as it is @ 86% which was the third best in our market.   You exceeded the minimum expectation in our effort to exceed person's coached targets by .6%.   This year I want you to focus your efforts on coaching all HH members between the install and follow up.   This way we have fewer panelist members left to coach in the first 6 month period.   Preventable Turnover was low.
    AP and PC flag completion by the deadline improves year after year and this year we want to continue along that trend.   Focus on KR creation to keep the amount of AP and PC flags that are created at a more managable level.   This past year our market went thru the Internal Audit process however you had only one audit selected and I am glad to say that it went well.   The only errors identified were questions that the LOH wasn't sure about but her daughter was there to provide the right answers.   You manage your assets according to company policy.   In regards to working well with your team you seem to fit in very well.   You have been really supportive of your peers.   Your working relationships with the MR team seem to be great.   It is important to work well together with your PRS and MR teams and you have put alot of effort into making that happen this year.   That in itself is important and appreciated.

### Nielsen Values

Assess the demonstration of the Nielsen Values of Simple, Open and Integrated.

Section Comments:

**Assessment by Ryan J Dinsmore:**
Each employee's support and demonstration of our company's values is important to the success of our business.   By living those values we are able to identify opportunities for improvement, create smoother procedures, improve communications not just within our workgroup but outside as well, improve quality and performance and it allows us to be innovative.   This is not the type of environment where the great ideas only come from the top people in the company or only from the "decision makers".   At Nielsen we rely on everybody to provide feedback and to pass along ideas and info that helps us become a better company.   The Field Solutions Center and your Local Management Team including your Regional Director are great outlets for you to utilize in order to propose any type of idea, solution or just to bring an issue in need of a solution to the attention of those that can fix the problem.   As you contine to settle into your role you may see ways to use the Nielsen Values to your advantage.   Another way to look at the values is from a teamwork perspective.   Are you open and integrated when it comes to being part of a team?   Are you focused on being a part of the market's solutions?   Do you look for ways to improve processes and when you find a way, do you keep it to yourself or pass it along?   When you look at a process, do you ever think "this isn't simple", "what if we did this instead?'.

I believe that you are demonstrating these values.   You have given me feedback on processes and what you have learned.   You have asked questions.   You are willing to help out wherever you can.   You have become an integrated member of our team that seems to work well with everyone.   As you develop your skills here at Nielsen I will begin to rely on you for more and more - particularly when it comes to decision making and proposing and supporting changes.   I will begin to ask you what you can do to help our team develop where you see a need.

## Strengths

Highlight key strengths.

Section Comments:

**Assessment by Ryan J Dinsmore:**
Your strengths are:
- Organized
- Determined
- Fast learner
- Team Player
- Good under pressure - not stressing out when others have paniced in the past
- Great interpersonal skills

## Development Areas

Note areas for development and specify action steps.

Section Comments:

**Assessment by Ryan J Dinsmore:**
You are new in your role and it does take time to settle into the FR position.   Along the way you will be exposed more and more to the Field Rep Development Program and will be able to spend more and more time working with your Peers, SRs, FQS and myself.   Lets discuss some development areas today and come up with plans to make those improvements.   In the meantime I would like to see dedicated SSR time set aside in your schedule, every week the rest of the year.   Use the first 30-45 mins to scrub your FA and then the remaining time to schedule appointments.   This step is critical to the early success of a FR.

## Next Potential Position

Comment on the next potential position and/or career aspirations.

Section Comments:

**Assessment by Ryan J Dinsmore:**
Lets talk about this today!

## 2013 Objectives

Identify three key objectives for the appraisal period.

## Overall Performance Rating

Select an overall rating for this appraisal period. Descriptions of each rating can be accessed by "clicking" on the Overall Performance Rating label.

**Overall Performance Rating:** 3.0 - Meets

| Signatures | | |
|---|---|---|
| By signing this form I am acknowledging its receipt. | | |
| Associate: | *David M Caudle* | *04/15/2013* |
| | David M Caudle | |
| Manager: | *Ryan J Dinsmore* | *11/04/2013* |
| | Ryan J Dinsmore | |