# 9

# 2013 Nielsen Performance Evaluation for David M Caudle



| Employee Information | |
|---|---|
| LASTNAME: | Caudle |
| FIRSTNAME: | David |
| TITLE: | Field Representative LPM |
| MANAGER: | Ryan J Dinsmore |
| DEPARTMENT: | Cincinnati - Fld Ops |

| Review Information | |
|---|---|
| Originator: | NielsenPPR Admin |
| Review Period: | 01/01/2013 - 12/31/2013 |
| Due Date: | 02/15/2014 |

### Performance Expectations

Key objectives for 2013.

**Objective :** Sample Performance:

• Intab minimums maintained at 91.5% for Sets and 88% for Persons 48 out of 52 weeks.
• Sets and Persons differential (split) maintained at <3.5% 48 out of 52 weeks.
• Maintain SPI per established market targets, or Improve SPI per established market targets or 5% increase
• Maintain minimum Field Call Effectiveness of 85% for Maintenance calls and 90% for Installs.
• Maintain Market Install level per Market contract minimum.
• Maintain Differential Fault Rates per sample contract minimum
• Maintain minimum of 60% cooperation rate for all TV/PC homes or increase of 5%
• Maintain minimum of 80% installed for total eligible PCs in participating PC households.
• Complete Personal Coach plus orientations and service requests by due date per field policy.
• Maintain minimum of 80% of total eligible household members coached within six weeks of initial coach and 90% coached within 6 months.
• Decrease annual preventable NTO rate
• Resolve 100% flag and PC conditions by established due date
• Maintain assigned Extended Home/Convergence panel per fault maintenance, coaching and installation requirements.
• Schedule and perform field calls in accordance with structued prioritization and sample demographic needs ( +/- 2pts vrs UE).

**Status :** Not Started

**Associate - Note your progress against the objective. (Visible to your Manager) :**

**Reviewer - Note associate's progress against the objective. (Visible to Associate) :**

**Objective :** Sample Quality:

• Complete all Follow-Up Coach scheduled calls per policy.
• Complete all Scheduled Technical Calls and Interim Calls per Field Policy.
• Resolve all open service requests on each field visit.
• Resolve all flags (low and high priority) by required due date
• Adhere to Field Call Quality Checklist on each call.
• Reinforce proper usage of People meter per coaching procedures.
• Adhere to all coaching and security procedures as defined in the Sample Procedure Manual.
• Complete open work items per established market due dates.
• Analyze, troubleshoot and resolve PC flags by due date.
• Maintain proper labeling of PBB and PBB remotes per Field policy.
• Accurate submission of MSM data within 24 hours of Field Call.
• Enter all appointment in appropriate applications (for example Ngage, MSM).

1. FA Audit Results:
• All sites properly metered per field standards.
• Household demographic errors and security failures not to exceed established market targets.

**Status :** Not Started

**Associate - Note your progress against the objective. (Visible to your Manager) :**

**Reviewer - Note associate's progress against the objective. (Visible to Associate) :**

---

**Objective :** Resource Management:

1. Asset Management:
• Manage equipment adhering to market practices concerning procurement, care, and timely returns.
• Retrieve all Nielsen equipment from households within 30 days of the Out of Sample date (excluding applicable I2 households).
• Automobile - care per policy, including quarterly VCRs
• Printer, cell Phone, Mobile Scanning Device and GPS units - care per policy
• CitiBank Corporate Card - usage in accordance with Field Policy.
• Follow all AMS policy and procedure including scanning and syncing.

2. Business Administration:
• Fulfill all duties following established Field Policy and Procedure
• On time for field calls, conference calls and meetings.
• Expenses managed in accordance with Nielsen guidelines.
• All expected reports including Expense, Time Trak, etc. submitted accurately by established deadlines.

3. People Team
• Create and maintain effective relationships with Panel Members, peers, and office staff.
• Work effectively and efficiently with key business contacts to meet joint business needs
• Respond to the needs and requests of support departments, peers, and management.
• Partner with membership staff to ensure cooperation.
• Build positive customer service and team relations by embracing and supporting diversity.
• Willingly accept work outside of the assigned field area.
• Actively participate during meetings.
• Checking and responding to e-mail in a professional and timely manner.

**Status :** Not Started

**Associate - Note your progress against the objective. (Visible to your Manager) :**

**Reviewer - Note associate's progress against the objective. (Visible to Associate) :**

**Results**

Comment on performance and impact made in 2013.

Section Comments:

**Assessment by Ryan J Dinsmore:**
Dave, thank you for a great year.   You've done quite a bit this year to be proud of.   You went to OKC to help out after the tornadoes came thru and devistated their market.   You helped out in the NE with the AP/GTAM test market during the end of the year.   During the second half of the year you had the best run at the sets/person's/basics file.   And in the last 2 months in a row before going to the GTAM project you were our FROTM!   During those months the guys were joking about you winning those FROTM awards - but were they really joking?   No - they realized that you have become a strong performer to be reckoned with.   You have become their competition.   Feels good right?   It should because that is accomplishing the first step.   The next step is one that you are already working on - working on your leadership.   Self development will be important for you as you move forward this year and we will discuss that today.

Here are some performance highlights as well as some areas of focus.
- You came in 7th place in Detroit, 30th place in the region and 176th place nationally
- Your Sets and Person's perf was 94.6%/92.1% (7th place) with the second lowest split in the market this year at 2.55%
- You accomplished your PPR stretch goal by delivering basic performance that exceeded your overall person's performance @ 93.26%
- Your FCE was 88.65% which was the second lowest in the group.   This is a focus area for you in 2014
- CCE% was 88.3% - this was the lowest in the group.   Lets be sure that you understand this so you can improve here
- You effectively coached 96.5% of all of your HH members in the first 6 months in sample.   This was the second highest in our group.   Nice work
- ==Your PC Coop Rate was 49.4% (fell short by 15.6%) and your eligible PCs metered was 69.9% (fell short by 10.1%) - this is a focus area for 2014==
- Your FA saw the highest amount of PTO in Detroit @ 21 homes.   The lowest PTO in a FA was 6 last year (avg was about 12).   It will be a stretch goal for you to limit PTO to 2 or fewer homes per quarter.

### Nielsen Values

Assess the demonstration of the Nielsen values of Simple, Open and Integrated.

Section Comments:

**Assessment by Ryan J Dinsmore:**
You support the values by being a team player, by not just helping your peers but venturing out into other markets to help and learn new technology.   Your demonstration of the values by sharing what you have learned while working on the GTAM project impressed even our VP at a recent meeting.   As we move forward, the definition of integrated is changing.   It used to mean being a team player, suggesting changes that help our efficiency, being involved in meetings, etc - but now it is starting to be mean something different regarding self development, learning, awareness and involvement.   Lets talk about what this means for us.

### Strengths

Highlight key strengths.

Section Comments:

**Assessment by Ryan J Dinsmore:**
Strengths:
- Team Player
- Willingness to learn
- Ambition to be the best at what you do
- Not afraid to speak up and be involved in our meetings
- Have displayed high levels of performance
- Dedication to helping out wherever and whenever needed.

### Development Areas

Note areas for development and specify action steps.

Section Comments:

**Assessment by Ryan J Dinsmore:**
Overtime management will be an area of focus this year for sure.   Getting better at planning ahead, utilizing deferred flags/KRs to the fullest and completing unbundled tasks whenever open are where our biggest opportunities are and I will be depending on you to drive this within our team simply by showing people how it is done.   As discussed earlier in this discussion you have some areas to focus on for 2014 so we will need to work together to see those improvements take place.

Other opportunities I would like you to focus on are:
- Staying in touch with leadership in Nielsen Connections
- Learning about what is going on in other areas of the business in Nielsen Now so we know how what we do matters
- Complete the Berkman Assessment in the new MyPerformance Learning Center and begin taking courses here and there to focus on your development
- Speaking in front of a team whether it be delivering presentations or training a team
- Set yourself apart from the team - differentiate yourself by learning about Nielsen and getting involved
- Network, network, network.

## Next Potential Position

Comment on the next potential position and/or career aspirations.

Section Comments:

**Assessment by Ryan J Dinsmore:**
You've demonstrated interest in FQS and FM positions, lets talk about next steps.

## Next Year's Priority Areas

Outline what you believe your priorities should be for the coming year.

Section Comments:

**Assessment by Ryan J Dinsmore:**
Priorities:
1. Leadership Development
2. Staying involved in Nielsen Connections
3. Inform yourself about what is happening outside our market
4. Network
5. Deliver performance levels amongst the top third of team while reducing OT thru efficiency efforts.

## Overall Performance Rating

Select an overall rating for this appraisal period. Descriptions of each rating can be accessed by "clicking" on the Overall Performance Rating label.

**Overall Performance Rating 3.0 - Meets**

## Signature

By signing this form I am acknowledging its receipt.

Associate:  *David M Caudle*                                            *03/30/2014*
            David M Caudle