**10**

PERFORMANCE IMPROVEMENT PLAN

ASSOCIATE  NAME:   David Caudle              TODAY'S DATE: 07/07/14
DEPARTMENT / REGION:  Field Operations/Mid-East Region        LOCATION: Detroit LPM

DATE OF OCCURRENCE:  12/01/12-11/30/13

_X__  Failure  to perform job requirements.
_X_  Failure to follow rules, policies, directions.
___Flagrant Violation.

Has this issue been discussed with the associate before?  Yes


**COUNSELING RECORD:**

June 8th, 2014 – Field Manager emailed you about not completing all Ngage resolutions in a timely manner and mentioned the importance of getting these completed on time since the resolutions/Install Completion Rates are now tied to the IP program dollars.   The FM also mentioned that he was noticing a pattern developing in regards to missed or incorrect data in the day to day work.

June 17th, 2014 – Field Manager worked with you at a home and found some errors in the devices and in MSM.   You were asked to make the changes in the folder and fixed some of them, but the FM had to go into the folder and add a couple of devices that you had missed as well as add the details that were missed that clarified that the TV and VCR listed in the bedroom was actually  a TV/VCR combo unit and added the VCR in the skeleton.

July 3rd, 2014 – Field Manager asked about a home that had 2 gender discrepancies.   You had said that on 11/8 you were updating HH info with both HH members during the demo verification process and that the HH members played a joke on you and said that Delmar was a male and that Ellis was a female.   The gender finally changed on 5/27/14 when you contacted them specifically to resolve the gender discrepancy and the unbundled service requests.   You said that you didn't know which HH member was Delmar and which was Ellis since you addressed them by their last names.   This is a problem since we are responsible for knowing our panelist's names and that we know which panelist we are speaking with.   You had told the FM that you always set the appointments with the LOH since she wont allow you into their house if the MOH wasn't there.   It looks like all of your prior phone contacts in this HH were with Delmar which leads me to believe that you knew that Delmar was the LOH.   Inaccurately reporting the gender of any of our HH members is a huge problem for our company and has recently cost Nielsen in the hundreds of thousands of dollars to fix just one error.

July 7th, 2014 – Field Manager emailed you about 2 more missed Ngage resolutions for the prior week (Wednesday and Thursday) that had not yet been created.   Again another reminder was sent out about the importance of completing these on time.

July 17th, 2014 – Your PC Coop Rate is currently at 36% and your eligible PCs metered performance is at 65.5%.   The minimum PPR targets are 65% for PC coop rate and 80% for eligible PCs metered.   This is a critical area of performance and an improvement needs to be made.

**CORRECTIVE ACTIONS TO BE TAKEN:**

- **All Ngage Resolutions must be updated within 24 hours of the field visit.**
- **Your work time must be reported accurately.**

- **Maintain accurate sample information.  It is important to keep all records accurate and current to maintain the integrity of our sample.**

- **The Field Rep checklist will be a must for every home that is visited.**

- **You will properly self schedule your FA workload to meet performance needs, quality needs and established deadlines.**

- **You will be prepared and on time for all calls.**

- **E-Mail read every day and if a response is warranted, within 24 Hours.**

- **MSM/ISM paperwork completed in 24 hours.**

- **Comments used in MSM while scheduling and researching service requests should be entered whenever needed.**


FAILURE TO MEET THESE EXPECTATIONS WHILE ON THE PIP PROGRAM OR ONGOING MAY RESULT IN FURTHER DISCIPLINARY ACTION UP TO AND INCLUDING TERMINATION OF YOUR EMPLOYMENT WITH THE NIELSEN COMPANY.

I acknowledge that the above performance information was discussed with me.

SIGNED_____         DATE_____
    (Associate)


SIGNED_____         DATE_____

    (Manager/Supervisor)