11

## 2014 Nielsen Performance Evaluation for David M Caudle



| Introduction |
|---|
| For additional guidance visit the PPR website under the "Evaluate" tab. |

| Performance Expectations |
|---|
| Key priorities for 2014. |

**Priority :** Sample Performance:

• Intab minimums maintained at 92.5% for Sets and 89.5% for Persons 48 out of 52 weeks.
• Sets and Persons differential (split) maintained at <3% 48 out of 52 weeks.
• Maintain SPI per established market targets, or Improve SPI per established market targets or 5% increase
• Maintain minimum Field Call Effectiveness of 85% for Maintenance calls and 90% for Installs.
• Maintain Market Install level per Market contract minimum.
• Maintain Differential Fault Rates per sample contract minimum
• Maintain minimum of 60% cooperation rate for all TV/PC homes or increase of 5%
• Maintain minimum of 80% installed for total eligible PCs in participating PC households.
• Complete Personal Coach plus orientations and service requests by due date per field policy.
• Maintain minimum of 80% of total eligible household members coached within six weeks of initial coach and 90% coached within 6 months.
• Decrease annual preventable NTO rate
• Resolve 100% flag and PC conditions by established due date
• Maintain assigned Extended Home/Convergence panel per fault maintenance, coaching and installation requirements.
• Schedule and perform field calls in accordance with structued prioritization and sample demographic needs ( +/- 2pts vrs UE).

**Associate - Note your progress against the priority. (Visible to your Manager) :** Over this last year I have grown in my knowledge of the company with learning GTAM and learning new ways to make myself more effective. I have made some strides with my PC Rating not where I need to be but I am now on course to active this goal. My field performance has been good but not where I want it to be. I have done my best to stay under the 2.5% split set for me this year. Coop rate has been good. One sore spot is my Basic performance and NTO's. NTO's have been a big issue in my area things really got bad after the FA swap. I do believe I have an awesome relationship with all my homes now. That has help in the last few months with me being able to get more HH to stay in our sample. This year I can say I have actually seen my growth and I believe I am closer to the vision that was outline last year for me than I was last year.

**Reviewer - Note associate's progress against the priority. (Visible to Associate) :** NFCE Sets Perf S&P Basic InTab% FCE AP Flag
85.14 94.16 91.64 2.51 91.20 87.70 0.25

Dave,
I wanted to provide each of our team members with an update as to where their performance is YTD as of July 14. Currently you rank in 8th place among our team in the FROTY file. It is because your performance is within the bottom third of our team in each of the measurements listed above. Having said that you do have a split of 2.5% which is a good split but there are only 2 people that have a higher split than that within our group. This goes to show that as performance improves, we must improve with it to remain competitive. You do have the most AP Flags overdue in our market but I expect that will likely improve particularly if you embrace the usage of deferred flags at each appointment whether it be an install or a fault call. If I were to pick one area to suggest improvement in the performance numbers above it would be to improve your Field Call Effectiveness. Take your time at each appointment, be thorough, coach your HH members at each visit and let them know if they are doing a good job or if they have room to improve.

Regarding PC Recruiting you do know this is a critical area of improvement for you to focus on an I am hoping that the assistance that Chavonne and Molly provided you will help. I have already seen improvement in both of these areas since talking with you about this a couple of weeks ago. Stay focused and use the resources available to you in order to improve.

Field Area %Coop Rate % Eligible PCs Metered
6272 37.78 65.52

**Priority :** Sample Quality:

1. Sample Quality
• Complete all Follow-Up Coach scheduled calls per policy.
• Complete all Scheduled Technical Calls and Interim Calls per Field Policy.
• Resolve all open service requests on each field visit.
• Resolve all flags (low and high priority) by required due date
• Adhere to Field Call Quality Checklist on each call.
• Reinforce proper usage of People meter per coaching procedures.
• Complete open work items per established market due dates.
• Analyze, troubleshoot and resolve PC FLAGs by due date,.
• Maintain proper labeling of PBB and PBB remotes per Field policy.
• Accurate submission of MSM data within Market guidelines


2. FA Audit Results:
• All sites properly metered per field standards.
• Household demographic errors and security failures not to exceed established market targets

**Associate - Note your progress against the priority. (Visible to your Manager) :**

**Reviewer - Note associate's progress against the priority. (Visible to Associate) :**

**Priority :** Resource Management:

1. Asset Management:
• Manage equipment adhering to market practices concerning procurement, care, and timely returns.
• Retrieve all Nielsen equipment from households within 30 days of the Out of Sample date (excluding applicable I2 households).
• Automobile - care per policy, including quarterly VCRs
• Printer, Cell Phone, Mobile Scanning Device and GPS units- care per policy
• CitiBank Corporate Card - usage in accordance with Field Policy.
• Follow all AMS policy and procedure including scanning and syncing.


2. Business Administration:
• Fulfill all duties following established Field Policy and Procedure
• On time for field calls, conference calls and meetings.
• Expenses managed in accordance with Nielsen guidelines.
• All expected reports including Expense, Time Trak, etc. submitted accurately by established deadlines.

3. People Team
• Create and maintain effective relationships with Panel Members, peers, and office staff.
• Work effectively and efficiently with key business contacts to meet joint business needs
• Respond to the needs and requests of support departments, peers, and management.
• Partner with membership staff to ensure cooperation.
• Build positive customer service and team relations by embracing and supporting diversity.
• Willingly accept work outside of the assigned field area.
• Actively participate during meetings.
• Check and respond to e-mail in a professional and timely manner.

**Associate - Note your progress against the priority. (Visible to your Manager) :**

**Reviewer - Note associate's progress against the priority. (Visible to Associate) :**

**Results**

Comment on performance and impact during 2014. Reflect on what key results you achieved for the year and the impact of your

performance on the organization.

| Section Comments: |

**Assessment by Ryan J Dinsmore:**

| instInterim | LateSched | LateTotal | Calls | Comp% | NFCE Sets | Perf S&P | Basic | InTab% FCE | AP Flag |
|---|---|---|---|---|---|---|---|---|---|
| 66 | 1 | 3 | 232 | 97.84 | 86.99 | 94.24 | 91.56 | 2.67  91.50 | 88.91  0.30 |

Dave,

  This has been an interesting year for us and just like in previous years, we have seen a lot of change.   Yet again we have watched the performance of the homes across the country perform at a higher level than they did before as we become better at what we do every day.   I would like to change things up this year by not only reviewing your performance against the PPR targets, but also to let you know how you performed against the previous year.

Here are some performance highlights as well as some areas of focus for 2015:
- You came in at 9th place overall in Detroit LPM this year (7th place last year)
- Your Sets and Person's Performance during the prior PPR cycle was 94.6%/92.1% and your split was 2.55%.   This means that your performance in these areas during 2014 was lower than the performance delivered the prior year.
- Your Basic Performance was about equal with your overall person's performance @ 91.5% but last year you did achieve your stretch goal of delivering basic performance that exceeded your overall person's performance @ 93.26%
- During the last PPR cycle your FCE was 88.65% and this year it was slightly better at 88.91%
- CCE% during the 2013 PPR cycle was 88.3% and you were asked to improve on that in 2014.   You did exactly that by boosting your CCE% to 92.3% which was the 3rd best in our group.
- In 2013 you had effectively coached 96.5% of your HH members in the first 6 months.   This year that number declined to 84.1% of HH members coached in the first 6 months.   This was the lowest in the group but because you missed a lot of time this past year, that might explain why we saw the drop here.
- Last year one of your focus areas was your PC Coop Rate and Eligible PCs metered so that you could perform at or above minimum performance levels.   In 2013 your PC Coop Rate was 49.4% and your Eligible PCs metered was 69.9%.   In 2014 your PC coop rate dropped further to 41.2% and your eligible PCs metered increased to 70%.   *** It is important to note that your Eligible PCs metered did jump after the PPR cycle ended to over 86%.   This was one of the focus areas of your PIP over this past year.
- Another important area to discuss is Preventable Turnover.   In 2013 your FA lost 21 HHs due to PTO.   In 2014 your FA lost 25 HHs to PTO.   We have to work on improving this number in 2015.

In regards to Quality, there was 1 quality concern over the past year regarding the 2 gender discrepancies that was identified in one of your homes where the MOH and LOH's gender changed a couple of times.   You were placed on PIP for a short time afterwards and no other major quality issues were identified.   However I would like to say that your E&Y audits went very well.   I was impressed with the quality of your work in the homes that were selected in your FA.

In regards to managing your company assets, you do well but lets discuss AMS and what we can do in order to make some improvements there.   Also I truly believe that your responsiveness to the needs of your market and members of your team as well as your ability to work well with all of the members of your team are areas that you will always do well.   Lets chat.

## Nielsen Values

Comment on how you have demonstrated the Nielsen values of integrated, simple and open.

| Section Comments: |

**Assessment by David M Caudle:**
I have demonstarted the Nielsen values everyday I interact with a customer or employee. I have helped out in other areas. built my realtionships up with all my HH. And I continue to not settle and push myself to be better than I was yesterday.

**Assessment by Ryan J Dinsmore:**
During this past year you have been working on improving your PC recruiting results.   You have partnered with MRs as well as the Sales Manager in order to learn recruiting techniques from them that would help you in your role.   I would say that that is a demonstration of our values.   You are a team player that is willing to help anyone at anytime and you have demonstrated the willingness to focus your energy when and in the direction that the market calls for it.   Having said that, we have seen more change over the course of this past year than we have seen ever before and you can count on seeing even more change in 2015.   I encourage you to be on the forefront of that change.   You can choose to follow along with the change or you can choose to lead it.   There is a difference and that difference is whether or not each of us takes the initiative to propose change, to understand the change and to drive the change.   At Nielsen, this sets apart the leaders from the followers.

## Strengths

Highlight your key strengths.

| Section Comments: |
|---|
| **Assessment by David M Caudle:** |
| I am a team player. I love to learn new things and help out. I learn from constructive criticism and incorporate it into work style. I believe my customer service skills are a strong skill for me. |
| **Assessment by Ryan J Dinsmore:** |
| You are a team player that is willing to help out at any time.   You are always willing to learn and you are very open to any suggested improvements that you can make.   You are a vocal member of our team that gets involved in our meetings.   You are capable of high levels of performance which you have demonstrated in the past, just need to demonstrate that again in 2015. |

### Development Areas

Note areas for development and specify action steps.

| Section Comments: |
|---|
| **Assessment by David M Caudle:** |
| Learning from Chavonne and Molly really helped me with making better decisions and talking point to improve my PC Rating. I'm not where I need to be but it help but me in a better situation. I still need to develop here so I can become stronger in this area. |
| **Assessment by Ryan J Dinsmore:** |
| I agree with your assessment.   We need to keep working on your ability to recruit HHs for PC measurement and maybe it would be beneficial to have you work with someone new, maybe someone in the NPM - to learn from them.   Also, It is important that we work on the experience that you provide your Nielsen homes in order to be proactive in the fight against PTO.   I do believe that by having you work with a couple of the NPM guys, you will be able to learn from them because you aren't used to seeing them in action every day. |

### Aspirations

Comment on what motivates you and how you would like to grow during the coming year. Reflect on what you enjoy in your current role and where you wish you could spend more time.

| Section Comments: |
|---|
| **Assessment by David M Caudle:** |
| When I look at what I accomplished I want to be better than that. If I read a FSQR I use it motivate myself. I also use my Performance I never want to be the same as I was the year before. I use this to push myself to be better than that. |
| **Assessment by Ryan J Dinsmore:** |
| This year we can focus on making improvements in all PPR areas but it takes work from both the employee and the manager to do this.   Do you track your performance?   Do you use the reports that are constantly sent out to the field to track whether or not you are making improvements in the needed areas?   If so, how do you track your performance to know whether or not you are performing at a higher level than in years past or better than the month before.   I will dedicate some time to coming up with a more clear way to help you track your performance in this manner but also know that it is important for us to utilize the data that is provided to us in order to drive our own performance.   So tell me, where would you like to focus your efforts this year and what do you really enjoy doing in your current role? |

### Next Year's Priority Areas

Outline what you believe your priorities should be for the coming year.

| Section Comments: |
|---|
| **Comments by David M Caudle:** |
| My priorities for next year are to push my eligible PC Rating above the qualified numbers. To improve my basic and split%. To have my FA running better so I can help my team when needed. Lastly I want to expand my skills so I can grow as a tech and become stronger so I can grow in the company. |
| **Comments by Ryan J Dinsmore:** |
| Lets chat!   These are all important areas.   I would like to hear more about how you would like to grow within the company. |

### Overall Performance Rating

Select an overall rating for this appraisal period. Descriptions of each rating can be accessed by "clicking" on the Overall Performance Rating label.

**Overall Performance Rating** 2.0 - Partially Meets

### Signature

By signing this form I am acknowledging its receipt.

Associate: *David M Caudle*                                              *02/12/2015*
            David M Caudle

Nielsen_Caudle000029

Nielsen_Caudle000030