**12**



# 2015 Check-in & Annual Summary for David M Caudle

## Check-In

Keep track of Check-In comments here. For additional guidance visit the <a href="https://intranet.nielsen.com/LifeCareer/career/check-in/Pages/default.aspx" target="_blank">check-in site under the Q4 tab.

## Priorities

Priorities
Sample Performance

---

## Priority Details

• Maintain the weeks Sets/Persons average per established targets.
  91% Person's for 48 out of 52 weeks (LPM, LPM-EH, Convergence)
  90% Persons 48 out of 52 weeks. (LPM SSI)
  91% Person's 42 of 52 weeks (NPM, NPM-EH)
  90% Person's 42 out of 52 weeks. (NPM SSI)
  91.0%/89.5% 42 of 52 weeks (AP)
  92% Sets 48 of 52 weeks (NSI)
• Maintain S&P Differential per established targets .
  <3% 48 out of 52 weeks (LPM, LPM-EH, Convergence)
  <3.5% 48 out of 52 weeks (LPM SSI)
  <3.0 pts (NPM, NPM SSI, NPM-EH)
  ≤3.0 pts (AP)
• Any Field Representative with <6 Months experience is required to meet Set/Person/Split minimums or work closely with Field Manager to ensure there is measured improvement in reaching performance minimums.
• Improve SPI per established market targets.
• Maintain Market Install level per client contractual minimums.
• Maintain minimum of 60% PC Coop Rate.
• Maintain minimum of 80% for total eligible PC's in participating PC households.
• Coach a minimum of 80% of total eligible household members, within six

Priority         Sample Performance              Priority Details

Nielsen_Caudle000031

weeks of initial coach and 90% coached within 6 months.
• Complete Personal Coach plus orientations and service requests by per policy (LPM).
• Maintain Differential Fault Rates per sample contract minimum (LPM).
• Schedule and perform field calls in accordance with structued prioritization and sample demographic needs ( +/- 2pts vrs UE) (LPM).
• Improve Panel Retention results per established market targets.
• Make appropriate number of field calls to meet performance or sample goals.
• Maintain minimum Field Call Effectiveness of 85% for Maintenance calls and 90% for Installs.
• Meet targets for any new projects assigned to the group (AP).

Priorities
## Sample Quality

## Priority Details

• Reinforce correct usage of People Meter utilizing proper coaching procedures (DVD, USB PBB, coaching materials).
• Insure proper labeling of PBB and PBB remotes.
• Complete all Unbundled Sched calls, Interim calls, NV Flags and Follow-up Coaches by established due dates.
• Proper collection/maintenance of unique EH demographic information (EH arrival, departure and break dates).
• Resolve 100% of flags and PC conditions by established due dates.
• Resolve all open service requests on each field visit.
• Adhere to Field Call Quality Checklist on each call.

| Priority | Sample Quality | Priority Details |

• Accurate submission of MSM data within 24 hours of field call or panelist contact.
• Enter all appointments into Ngage.

FA Audit Results:
• Two or less field-related "In-Home Check Out" failures.
• Receivability over/under reporting not to exceed 3.5%.
• Household demographic discrepancies and security failures are

Nielsen_Caudle000032

not to exceed established market targets.
• All PC and video equipment metered and/or reported per field standards.
• 95% or higher pass rate on FQRs for TVs and Peripherals Metered and accurate reporting for all operable TVs and Peripherals.
• 95% or higher pass rate on FQRs for PBB tasks completion.

Priorities
## Resource Management

## Priority Details

| Priority | Resource Management | Priority Details | • Company assets should be cared for in accordance to company guidelines as reflected in Field Policy and by the Asset Scorecard Rating.<br>• Demonstrate fiscal responsibility by incorporating cost saving/avoidance measures.<br>• Expenses managed & Corporate Credit Card utilized in accordance with Nielsen guidelines.<br>• All expected reports including Expense, TimeTrak, etc. submitted accurately by established deadlines.<br>• Manage equipment and supplies adhering to market practices concerning procurement, care, and timely returns. |
|---|---|---|---|

Priorities
## Teamwork

## Priority Details

| Priority | Teamwork | Priority Details | • Establish and maintain effective, collaborative partnerships with all Regional personnel.<br>• Respond to the needs and requests of support departments, team members and Regional leadership.<br>• Partner with field/membership/ROC peers to delight panelists.<br>• Help meet the business needs by completing work outside of the assigned field area.<br>• Be punctual and actively contribute to meetings and conference calls.<br>• Check and respond to all voicemail and e-mail in a professional and timely manner.<br>• Support company goals, policies, initiatives and direction. |
|---|---|---|---|

Nielsen_Caudle000033

• Promote positive teamwork by supporting our "One Voice" vision, diversity and inclusion.

## Results

Comment on performance and impact during 2015. Reflect on what key results you achieved for the year and the impact of your performance on the organization.

Results Comments

### Associate Comments

2015 was a very long year for me. Having a back injury and missing the end of 2014 and the beginning of 2015 and having to play catch up was some what difficult and I found myself working a lot of overtime to do. My goals are to get better at managing my work load so I don't have to work so many overtime hours. Second is to get my PC % above the qualifying numbers and get them towards the top of the market. I did a lot of positive things this year though, I was able to help in Ohio twice once in Dayton and in Columbus. It felt good to help new reps and show them how to use the many resources Nielsen gives us, and to show them how the using the Nielsen Values can help them in ways they had not thought about. My goals for next year are to become a even better rep and help my co workers more. I also want to expand my skills so I can grow in the company. I want to move up and contribute to Nielsen in other Departments. I love the company and my job as a Field Rep and how I have the one on one with the customers. I love being the face of the company, but Nielsen is bigger than I really thought and now I want the chance to be able to go into another department and use my skills to help myself and the company grow.

hide content

read more...

### Manager Comments

So let's talk about your numbers:

• Your Persons performance was 91%
• You had a S&P Split of 2.8%
• You coached 94.4% of HH members in the first 6 weeks and 95.2% in the first 6 months
• NFCE was 91.6%
• Install FCE was 93.5%
• PC Coop Rate was 54.81% which is10.19% under target but significantly improved over last year
• % Eligible PCs metered was 77.9% which is just below target but still 3rd best in our group.
• You had 15 PTOs which was almost double the stretch goal of 2/quarter
• You had less overdue work in our market than most other reps @ 27 SRs overdue
• 9 late timetraks submissions

Dave,

   So last year was an interesting year indeed and performance was a little bit of a challenge to measure because of the time missed at the beginning and end of the performance cycle.   Overall your performance was near the middle of the group however as you stated, that came at the cost of a lot of overtime in order to deliver those results and that is not typical of the smaller size due to dense population that 6272 tends to be.   Having said that you did have more homes in your FA than most.   We may have an opportunity in early 2016 to rebalance the FAs by moving some homes to other FRs so that you can get some time back.   And thanks again for volunteering to go to Columbus and Dayton to lend a hand this year.   Overall we want to focus on efficiency in 2016 in order to improve our effectiveness.   PTO will be an ongoing focus for us in 2016 as well.   In my opinion you have positive communication with the MR team which means that you have set the groundwork to take advantage of that so that you can make your relationships with the MRs that you work with most as mutually beneficial as possible.   As we have discussed before, there is only so far that you can go by yourself.   Oh and by the way, I also want to recognize the improvements that you've made in 2015 in regards to your PC Recruiting results.   At the time of writing this review, you were above target in both PC Coop Rate and Eligible PCs metered.

## Nielsen Values

Comment on how you have demonstrated the Nielsen values of integrated, simple and open.

Nielsen Values Comments

### Associate Comments

Nielsen_Caudle000034

I have shown the Nielsen Values this year by showing my customers everyday how great a company Nielsen is. Always offering to help other markets and my co workers and continuing to becoming a better person and employee.

### Manager Comments

You certainly are a team player who is always willing to help a teammate whenever they ask for it - even if it means working the weekend or a late night.   Even if it means travelling to another market that is in need - you have demonstrated that you will be wherever the help is needed and that is an admirable quality.   Your Nielsen homes tend to really like you a lot which is why I am never surprised when I hear "Dave is such a good representative of your company" and I have heard that more than a few times. One area that I would like to see you work on regarding our values is being supportive of change.   Sometimes you appear to be annoyed with change - the important piece to remember is that change is always intended to create a more positive result but it may depend on your perspective to see it.   For example, some change is made in order to make our jobs more streamlined (easier and less time consuming) but other changes may complicate our day to day but may also bring in more revenue, more clients and set our company up for more success - which we benefit from.   Being supportive of change is a big part of supporting our values and is critical for anyone considering moving up in the organization.

## Strengths

Highlight your key strengths.

Strengths Comments

### Associate Comments

I would say my strength are I love to help and I taken any criticims or corection given by my manager or coworkers and I learn from it. I learn from my mistakes and don't let it affect me negavtively. I love to see everyone happy so I like being positive around my peers.

### Manager Comments

Strengths:

- As said repeatedly already, you are a team player
- You do take advice very well as you have stated
- You are dependable
- Not afraid of OT - working as much as it takes to get the job done
- work well with the MRs and the office staff
- Willing to help others learn

## Development Areas

Note areas for development and specify action steps.

Development Areas Comments

### Associate Comments

I need to work on cutting down my overtime hours

I also need to continue working on my PC number to get them in the green.

### Manager Comments

As I had mentioned earlier, we do want to get your OT down in 2016 and that will take some focus on becoming more efficient. Want to work ahead of your deadlines to eliminate the flurry of DBs and phone calls needed to complete last minute work, to resolve all SRs during each visit including QR work, schedule appointments so that you can work in smaller areas each day as much as possible.

## Aspirations

Comment on what motivates you and how you would like to grow during the coming year. Reflect on what you enjoy in your current role and where you wish you could spend more time.

Nielsen_Caudle000035

Aspirations Comments

**Associate Comments**

My biggest aspiration is to start my growth as an employee so I can move up in the company.

**Manager Comments**

Lets talk about where you see yourself in 1-5 years and figure out what we can help you do to get there.

## Next Year's Priority Areas

Outline what you believe your priorities should be for the coming year.

## Rating

Select a rating for this annual summary. Descriptions of each rating can be accessed by "clicking" on the question mark.

**Rating**

3 - Meets Expectations

## Signature

By signing this form I am acknowledging its receipt.

Associate:  David M Caudle                                   02/24/2016

Nielsen_Caudle000036