**13**

TNC Holdings, Inc. Workers' Compensation Intake Form
Toll-free number:  855-498-2383
Dedicated email address: 6354TNCHoldingsInc@sedgwickcms.com



| **Client Name:** TNC Holdings, Inc. | **Contract Number:** 6354 |
|---|---|
| ***Reporter Information*** | |
| First Name: Ryan | Last Name: Dinsmore |
| Title: Field Manager | Phone: ▮ | Ext: |

***Location Information***

| Business Unit/Personnel Area: Detroit LPM-2D | Personnel Sub Area: 7101367 |
|---|---|
| Street Address: 501 Brooker Creek Blvd | |
| City: Oldsmar | State: FL | Zip Code: 43677 |
| Phone Number ▮ | Email: ▮@nielsen.com |
| Is this the Loss Location?   Yes ☐    No ☒ | |

***Loss Location (If different from above)***

| Location Name: | | |
|---|---|---|
| Street Address: ▮ (inside a Nielsen home) | | |
| City: ▮ | State: ▮ | Zip Code: ▮ |
| Phone Number: N/A | | |

***Claimant Information***

| Employee ID #: 00076069 | First Name: David | MI: M | Last Name: Caudle |
|---|---|---|---|
| Home Phone: ▮ | | Work Phone: ▮ | Ext: |
| Home Address: ▮ | | | |
| City: ▮ | State: ▮ | | Zip Code: ▮ |
| Email Address: ▮@nielsen.com | SSN: ▮ | | |
| Date of Birth: ▮ | Marital Status: Single | Gender: Male | |

***Claimant Employment Information***

| Employee Title: Field Representative | Department: Detroit LPM - Field |
|---|---|
| Status: Active | |
| Full/Part Time:  Full Time ☒   Part Time ☐ | Date of Hire: 3/23/2012 | Date of Termination: |
| Wage Amount: $1500 | Frequency: Bi-Weekly | Is Employee an Official?: Select One |

| Hours Per Day: | Mon 8-10 | Tue 8-10 | Wed 8-10 | Thur 8-10 | Fri 8-10 | Sat 0 | Sun 0 |
|---|---|---|---|---|---|---|---|

***Claimant Supervisor Information***

| First Name: Ryan | MI: J | Last Name: Dinsmore |
|---|---|---|
| Title: Field Manager | Email Address: ▮@nielsen.com | |
| Phone: ▮ | Ext: | |
| Do you question the validity of this claim?   Yes ☐    No ☒ | | |

***Incident Information***

| Date of Incident: 11/19/2014 | Time of Incident: 2:00 | AM ☐   PM ☒ | Date Employer Notified: 11/19/14 |
|---|---|---|---|
| Department Where Injury Occurred: In a Nielsen Home | | | |

Incident Description: **Picked up a 32" CRT TV up and off of the entertainment center to put on the floor and then lifted the TV to put it back on the stand.  Then he decided to turn around to look back to make sure it was sturdy on the stand and when he turned his neck to look he felt a sharp pain and now his lower back hurts when he moves it a certain way.**

TNC Holdings, Inc. Workers' Compensation Intake Form
Toll-free number:  855-498-2383
Dedicated email address: 6354TNCHoldingsInc@sedgwickcms.com



| | |
|---|---|
| Cause: Lifting | |
| Body Part: Lower Back Strain | |
| Nature: | |
| **Medical Information** | |
| Facility Name: Botsford Hospital | |
| Street Address: 28050 Grand River Ave | |
| City: Farmington Hills | State: MI | Zip Code: 48336 |
| Phone: 248-471-8000 | Ext: |
| Initial Treatment: Emergency | Transportation Type: None |
| Physician Name: Diane Kaiser | |
| Street Address: | |
| City: | State: | Zip Code: |
| Phone: | Ext: |
| **Witness Information** | |
| Name: None | |
| Street Address: | |
| City: | State: | Zip Code: |
| Phone: | Ext: |
| **Lost Time Information** | |
| Will Claimant Miss Work Beyond Date of Injury?   Yes | |
| Last Date Worked: 11/19/2014 | Returned to Work Date: N/A |
| Salary Continued: Yes | |
| **Contact Information** | |
| First Name: | MI: | Last Name: |
| Phone: | Ext: | Email Address: |
| Comments/Remarks: Dave still needs to get an MRI completed but the doctor that saw him doesn't work with WC claims. | |