**14**



---------- Forwarded message ---------
From: **Caudle, David M** <███████████@nielsen.com>
Date: Mon, Jan 12, 2015 at 11:59 AM
Subject: Re: Dave, WELCOME BACK!!! Please approve in order to return to work tomorrow.
To: Hummel, Josh <███████████@nielsen.com>
Cc: Dinsmore, Ryan <███████████@nielsen.com>


Ok no problem. I will not be Superman at all.

Sent from my iPhone

On Jan 12, 2015, at 11:56 AM, "Hummel, Josh" <███████████@nielsen.com> wrote:

Welcome back Dave! I hope you are feeling better.

CONFIDENTIAL          Nielsen_Caudle000352

I do want to reiterate how important these restrictions are. If you feel that you are not able to complete a task while working under these restrictions, please do not attempt to complete that task, call Ryan immediately.

- **No lifting over 25 lbs. of force**

- **No pushing/pulling over 25 lbs. of force**

- **No bending more than 6 times per hour**

---

**From:** Caudle, David M
**Sent:** Monday, January 12, 2015 11:05 AM
**To:** Dinsmore, Ryan
**Cc:** Mata, Raul; Hummel, Josh; Rosello, Tania
**Subject:** Re: Dave, WELCOME BACK!!! Please approve in order to return to work tomorrow.

I FULLY AGREE!!!!!!!!!! 👊 👊 👊 👊

Sent from my iPhone


On Jan 12, 2015, at 10:56 AM, "Dinsmore, Ryan" <██████████@nielsen.com> wrote:

**Hi, Dave,**

**Your return to work effective 1/13/15 has been approved with the following temporary restrictions:**

- **No lifting over 25 lbs. of force**

- **No pushing/pulling over 25 lbs. of force**

- **No bending more than 6 times per hour**

**Your temporary assignment will consist of your performing part of your normally assigned duties, as a Field Representative II which include:**

- **Prepacking equipment at the storage site**

- **Training Part Time Field Representatives to prepack equipment also**

- **Assist Full Time Field Representatives by calling and coaching their homes and setting appointments whenever possible**

**Please confirm via email response that you agree and understand the temporary work restrictions and temporary assignment that has been outlined in this email, including your agreement to adhere to them.**

**If you have any questions, please feel free to contact me.**

2

*Ryan Dinsmore*

US TV Audience Measurement

Mid-East Region Field Manager

█████████

nielsen

Click here to join an ERG!

CONFIDENTIAL                    Nielsen_Caudle000354