**15**



---------- Forwarded message ---------
From: **David Caudle** <@nielsen.com>
Date: Wed, Sep 7, 2016 at 5:00 PM
Subject: Re: FQR for Caudle, M David entered 9/7/2016 - Fldr:17860571
To: @nielsen.com <@nielsen.com>
Cc: @nielsen.com <@nielsen.com>, @nielsen.com <@nielsen.com>, @nielsen.com <@nielsen.com>

The last few times I was there. Me and the LOH had talked about that site, the new HH member was suppose to be bringing a new tv into the home after the LOH got the back room together. I left the site there because I was suppose to meter a new site. LOH had been moving things around in that room and was suppose to paint in there but I did leave it there under the impression a new tv would be coming in.
Sent from my iPhone

On Sep 7, 2016, at 4:39 PM, "███████@nielsen.com" <███████@nielsen.com> wrote:

Field Quality Review

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **DCDB HH#:** | 6106744 | **HH Name:** | House Hold #1 | **Spec ID:** | 604205 | **Folder ID:** | 17860571 | **Sample:** | 19 |
| **Field Area:** | 6272 | **Meter Type:** | 2 | **Field Office:** | Detroit LPM | **Call Type:** | Maint | **Zone:** | Midwest |
| **Ride Along:** | No | **Call Date:** | 09/06/2016 | **Previous Rep:** | Caudle, M David | **Cur Rep:** | Chappell, E Shermir | **Rec Id:** | 74426 |

**Comments**

Dave,
Shermir and I visited this HH because the LOH was having issues with the picture in the downstairs bedroom. Shermir had noticed that the yellow AV cord had pulled loose because of all of the tension on the cord behind the TV. So he re-routed the wires to remove the tension. While we were there we performed quick checks and noticed that there were 2 very messy sites worth of equipment behind the TV in the "TV room". One of the sites was just sitting there and there was a mismatched PBB sitting there as well with incorrect labels. In just a few minutes I pulled this messy prepack out from behind the TV and began cleaning up the prepack that the site was metered with. The wires were a mess and there were very few tie wraps on this site and 0 disconnect reminder stickers. I invested maybe 10-12 mins repackaging that site so that it looked good, had the proper strain relief and the proper reminder stickers so it didn't accidentally get unplugged - like it should have been from the start. I also noticed that the prepack that was left behind was from a visit back on 4/25 when a HH member moved out and took their TV with them. You had visited the home 3 times since then so I am confused as to why the effort to correct this had yet to have been made.

Shermir,
You did a great job with this visit. The LOH wasn't happy when we arrived but you employed those smooth Chappell techniques and she was happy by the time we left (calling you Shermar Moore, LOL). You resolved the CS issue, resolved the open SRs and went out of your way to make the LOH comfortable with the idea that we can come out to her home anytime she needs something done with her TVs since her biggest problems were that "I'm not allowed to unplug anything" and "I didn't want to call and bug you guys". We didn't run demos or verify lineup but the quick checks were good. This was another call that we took the opportunity to add some tie wraps, tie wrap the PBB cord so it couldn't slide down and drop behind the TV, added disconnect reminders and worked ahead of these and other potential quality hazards. Nice work Shermir. I can see the paperwork hasn't been completed yet so I'll take a look at it tomorrow.

| Chappell | **Influencing and Bias** |
|---|---|
| Pass | Influencing and Bias |
| Comment | |

| Chappell | **FCQC** |
|---|---|
| Pass | Adhered to all line items on FCQC |
| Comment | |

| Caudle | **Verification - Metered Devices, Inop TVs and Device Tags, PBB Items** |
|---|---|
| Pass | All Operable in Use TVs are Metered (I) |
| Pass | All Operable In Use Peripherals are Metered (I) |
| NA | Accurate Reporting of All Inoperable TVs (I) |
| NA | Device Tags applied to all applicable devices per policy |
| Fail | PBB, Remote and MSM all Match (I) |
| Pass | PBB Remote Batteries - Present |
| Pass | PBB Remote Batteries - Functional |
| Pass | PBB Instructional Sticker Adhered to Back of Remote |
| Comment | Although all PBBs that were attached to TVs did match MSM, there was a PBB sitting on the floor a couple of feet away next to the TV from an old site in plain view that had a persons error. Because all PBBs in the home were not correctly labeled, this counts as a failure. |

| Caudle | **Verification - Operable TV Accurate Reporting** |
|---|---|
| Pass | Accurate reporting of in-use TVs (I) |
| NA | Accurate Reporting of All Monitor No Reception (I) |
| NA | Accurate Reporting of All Stored Operable TVs (I) |
| NA | Accurate reporting of all Combo and Non-Combo TV's |
| Comment | LOH confirmed that we had all TVs in the home properly documented. |

| Caudle | **Verification - Operable Peripheral Accurate Reporting** |
|---|---|
| Pass | Accurate reporting of in-use Peripherals |
| NA | Accurate Reporting of All Monitor No Reception Peripherals (Non-metered or Metered) |
| NA | Accurate Reporting of All Stored Operable Peripherals |
| NA | Accurate Reporting of all Combo and Non-Combo Peripherals |
| Comment | |

| Caudle | **Test Strips** |
|---|---|
| Pass | SDF Lock Presence for All Devices and Peripherals |
| Pass | Audio Code Sensor Presence |
| Pass | Code Line Presence |
| Pass | Audio Signature Presence |
| NA | Time Shifted Viewing LIVE (If DTM Installed) |
| NA | Time Shifted Viewing PLAY (If DTM Installed) |
| Pass | PBB Test Strip (In HH Events) |
| NA | Verify Site Drawing |
| NA | Verify Device Properties |
| NA | Verify TV On/Off while viewing Blue/Black Screen |
| Comment | I did not personally see the device properties in the site drawings or if we got DTA events in the LR because I was talking with the LOH while Shermir did the quick checks. |

| Caudle | **Receivability - Including Call Letters and DBS package (when applicable)** |
|---|---|

| | |
|---|---|
| NA | Correct DBS Package? |
| NA | Correct DBS Templates? |
| NA | DBS - No more than 5 channels overstated |
| NA | DBS - No more than 5 channels understated |
| NA | Correct Cable Templates? |
| NA | Cable - No more than 5 channels overstated |
| NA | Cable - No more than 5 channels understated |
| NA | OTA - No more than 5 channels overstated |
| NA | OTA – No more than 5 channels understated |
| NA | FS1 Reported Properly as Yes? |
| NA | FS1 Reported Properly as No? |
| NA | Comcast only: CMT reported correctly as yes |
| NA | Comcast only: CMT reported correctly as no |
| NA | Comcast only: Spike reported correctly as yes |
| NA | Comcast only: Spike reported correctly as no |
| Comment | Did not verify |

| | |
|---|---|
| Caudle | **Demographics Section** |
| Pass | Security (I) |
| Pass | Owner/Renter (I) |
| Pass | HH Members (I) |
| NA | Occupation |
| NA | Education |
| NA | Race |
| NA | Spanish ID |
| NA | Country of Origin |
| NA | Spanish Language |
| NA | Birth Dates |
| NA | Gender |
| NA | Vehicles (I) |
| NA | Pets (I) |
| NA | Income Bracket |
| Comment | LOH did verify that she was the HOH and that the HH members were accounted for on the PBBs and that their names were spelled correctly. |

| | |
|---|---|
| Caudle | **PC Section** |
| NA | PC Folder State (I) |
| NA | # metered PCs (I) |
| NA | # refused PCs (I) |
| NA | # of active operable PCs (I) |
| NA | # of inoperable PCs (I) |
| NA | # operable Ineligible PCs (I) |

4

CONFIDENTIAL                    Nielsen_Caudle000265

| | |
|---|---|
| NA | # of operable stored PCs (I) |
| NA | # of operable Ineligible stored PCs (I) |
| NA | PC type (Desktop/laptop/tablet) (I) |
| NA | Operating System |
| NA | Work PC |
| NA | Employer owned PC |

Comment did not verify in detail- briefly discussed the LOH's PC as she does not use it much at all.

| | |
|---|---|
| Caudle | **Mobile Device Section** |
| NA | Accurate reporting # of Tablets with Internet access in NDIG |
| NA | Accurate reporting # of Smart Phones with Internet access in NDIG |
| NA | Accurate reporting # of IPOD Touch with Internet access in NDIG |

Comment did not verify