**16**



---------- Forwarded message ---------
From: **David Caudle** <█████████@nielsen.com>
Date: Sun, Sep 4, 2016 at 6:44 PM
Subject: Re: No working while on leave.
To: Ryan Dinsmore <█████████@nielsen.com>


Ok

Sent from my iPhone

> On Sep 4, 2016, at 6:22 PM, Ryan Dinsmore <█████████@nielsen.com> wrote:
>

CONFIDENTIAL           Nielsen_Caudle000331

> Dave,
>   I see you have been asking the office to contact your homes for you
> to set appointments but as a reminder, you should not be working while
> on leave.  We will handle the scheduling of 6272.   Thanks and focus
> on healing up.
>
> Ryan Dinsmore
> U.S. TAM TV and PC Research
> Midwest Region Market Manager
> ███████████
> www.Nielsen.com

CONFIDENTIAL                    Nielsen_Caudle000332