**17**


Ryan Dinsmore <████████@nielsen.com>

## Issues with Folder# 18458396
1 message

**Ryan Dinsmore** <████████@nielsen.com>  Tue, Sep 27, 2016 at 2:06 PM
To: "Dinsmore, Ryan" <████████@nielsen.com>

On 8/19, Dave Shock visited a home in FA 6272 because the LOH ████ had called in to say that her cable service was shut off so we could come out and remove the equipment from the cable box.   The FR let her know that she was ineligible at that point because she didn't get any receivable channels.   He then did the zero TV survey and asked her how she planned to watch TV moving forward and she mentioned the OTA TV she had in the bedroom - that she was going to watch that one.   The rep was confused since we only had one TV metered.

They went to the bedroom and she told the FR that Dave Caudle had been out there to fix our equipment on her TV but wasn't able to so he asked her not to use the TV and unplugged the MU from the wall but did not unplug the TV or tag it.    She was upset that he didn't want her to use the TV and she said nicely that she used the TV in the main room a lot more anyway.

At this point the FR called me and I asked to speak with the LOH.   I confirmed this info with her personally.  She was upset that she was asked not to use the TV - particularly because her cable had been turned off for a few days at that point and she could have been watching TV if she was allowed to turn that TV on.   I told her not to worry and that Dave Shock would get that site metered and up and running for her today.   All he needed to do was to plug our MU back in, add the HU application and the site coded fine.

The contacts showed that Dave Caudle was at the home on 7/13 (wed) and 7/16 (sat) but the LOH said that he was only there once that week.   Both of the contacts only say that he "replaced the 7 port hub".   There wasn't any mention of the TV that he told the LOH not to use in the contacts, FCQC, or any other SR in MSM.

--

*Ryan Dinsmore*

US TV and PC Audience Measurement

Market Manager - Midwest Region

████████



*CONFIDENTIALITY NOTICE:  This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*