**18**



---------- Forwarded message ---------
From: **Ryan Dinsmore** <██████████@nielsen.com>
Date: Thu, Oct 6, 2016 at 5:23 PM
Subject: Re: New Quality Issue - Policy Violation - David Caudle - Folder# 16511723 9/27/2016
To: Amanda Culver <██████████@nielsen.com>
Cc: Hummel, Josh <██████████@nielsen.com>, Denise Fantarella <██████████@nielsen.com>

Thanks for the quick response.  I am working on that now.

Ryan Dinsmore
U.S. TAM TV and PC Research
Midwest Region Market Manager
██████████

www.Nielsen.com

On Oct 6, 2016, at 5:11 PM, Amanda Culver <███████@nielsen.com> wrote:

Hey Ryan,

Yes, we have to talk to him and find out his side of the story - even if it seems obvious. Do you want to set up time immediately following the call you set for us to set up a plan tomorrow morning?

Thanks,

Amanda

**Amanda Culver**
Sr. HR Business Partner
███████

US Field - Watch Operations
*Connected for Growth*

Please visit our HR site for FAQs- Field US Human Resources

On Thu, Oct 6, 2016 at 2:00 PM, Ryan Dinsmore <███████@nielsen.com> wrote:
All,
   I visited this home today to talk with the LOH about the issues identified below.   This was one of the two homes where we saw major quality issues in Dave Caudle's FA.   I need to set up time to talk with him tomorrow (before 12pm or after 2pm) about this - if you still think there is a need.

This is what I came up with (5 TV errors and 4 PC errors):

- There are 2 TVs "in use" listed in MSM.   There are actually 6 TVs "in use" in this home (an additional 1 in the master bedroom and 3 more in the basement.
- There are 2 stored (sealed and tagged) TVs listed in MSM for this home.   One of those TVs (magnavox) was given away and the other (Magnavox) was actually a Toshiba TV/DVD combo unit that in use in the basement.   I asked the LOH if Dave had been to the basement to tag the TVs that were "stored" and she said that she didn't think so since she doesn't remember allowing him to go down there.   That means that Dave did not tag any of the basement TVs or verify that they were not in use.   Had he done that, he would have discovered the additional sites like Dave Shock did.   He found out about them simply by asking them if they had any other TVs in the home during the last visit.
- The HH has always had the Master Bedroom TV, the basement projector and the two TV/DVD combo units in the basement.
- We have only 1 PC listed in ISM for this home (Dell Desktop - windows 8) and it used to be metered.   Except the PC that was metered was an Apple Desktop that had quit working (LOH confirmed that and the screenshots below confirm that they had to take it

<mark>to the Apple Store to get it fixed).   We have this device listed as "operable" in ISM as you can see below but the device is in fact still not working.   The LOH was surprised to hear that we didn't have an Apple PC listed in this home since we had it metered.</mark>
- <mark>The HH actually has another desktop PC and 2 other laptops in the home that the LOH says we know about.   She said that she told Dave about them and she wasn't trying to hide them from us.   All of their PCs are older than 2 years old.</mark>
- <mark>We had a Wii listed as being store in the Master bedroom (where one of the unreported TVs in use was) but that Wii was actually connected to a different unreported TV in use in the basement along with an unreported Xbox that they bought last Christmas.</mark>

<image.png><image.png>
<image.png>

<image.png><image.png>

On Tue, Sep 27, 2016 at 4:13 PM, Ryan Dinsmore <​██████████@nielsen.com> wrote:
> Dave Shock visited one of Dave Caudle's homes today and called me from the home because he ran into an issue.   He went there because the HH was switching cable providers.   When he arrived at the home he asked how many TVs were now hooked up to the new cable and their answer was "5".   This is a 2 TV HH so he asked about the other 3 TVs and they said that the other TVs had cable but they weren't the HH's "primary TVs", and that we knew about them and knew that they weren't metered.   They have had these other TVs since before the install.   The LOH was confused as to why Dave Shock was asking to meter the 3 other TVs now.   He did his best to explain why we need to meter the other 3 and the LOH said that she would need to talk with her husband first.   She wouldn't say whether the MR (Renie) or the FR (Dave Caudle) knew about the TVs but did say that she did tell Nielsen.   None of those devices are listed in MSM.   The home was recruited and installed back in February of 2015 and Dave Caudle primed the install.   Dave Caudle visited for 3 separate QR appointments and a coach appointment since the home was installed.
>
> So I noticed that one of the 656 TVs that we would have had to tag 4 times now (install and 3 QRs) was listed as being stored in the basement.   2 of the TVs that we found today were also in the basement.   So I asked Dave Shock if you could immediately see the projector and screen mounted on the wall or the TV with the gaming systems connected (both not metered and both not documented) and he confirmed that you could see both from the very bottom of the stairs.
>
> This would have meant that each time Dave Caudle went downstairs to update the 656 tag on the Magnavox TV stored in the basement, he would have seen both of these TVs.
>
> I am going to the appointment that we set for next Thursday to meter the 3 TVs that we found today if the MOH allows it.   I am thinking that it is best for Dave Caudle to not be there for that appointment.
>
> --
>
> *Ryan Dinsmore*
>
> US TV and PC Audience Measurement

Market Manager - Midwest Region



nielsen

*CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

--

*Ryan Dinsmore*

US TV and PC Audience Measurement

Market Manager - Midwest Region



nielsen

*CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

CONFIDENTIAL     Nielsen_Caudle000284