

---------- Forwarded message ---------
From: **TVratings questions** <@nielsen.com>
Date: Mon, Oct 10, 2016 at 1:06 PM
Subject: Fwd: Nielsen Complaint
To: Ryan Dinsmore <@nielsen.com>, David Caudle <@nielsen.com>, Jill D Quarker <@nielsen.com>, TVratings questions <@nielsen.com>


FYI...

---------- Forwarded message ----------
From: **John Tavolieri** <@nielcn.com>
Date: Mon, Oct 10, 2016 at 12:09 PM
Subject: Re: Nielsen Complaint

1

CONFIDENTIAL                                   Nielsen_Caudle000292



To: House Hold #4 <████@gmail.com>
Cc: (recipients redacted @nielsen.com), Jill D Quarker <████@nielsen.com>, TVratings questions <████@nielsen.com>, House Hold #4 <████@gmail.com>, Mark Welch <████@nielsen.com>

Dear House Hold #4

Thank you for your email.  I lead Global Operations for NIELSEN and am accountable for our field teams.  I apologise for the experience you and your family have been through.    We will remedy this.

Within 24 hours we will contact you to resolve this issue promptly and professionally.

Again, this is not the experience we want our panellists to have as a NIELSEN family.    I apologise for this.

Regards....John Tavolieri

> On 10 Oct 2016, at 17:54, House Hold #4 <████@gmail.com> wrote:
>
> Hello. I'd like to make you aware of the BBB complaint I filed today, after multiple attempts to get in contact with a manager from Nielsen. I'm exceptionally upset with how my family has been treated.
> My family has been a Nielsen Family for a little over a year- since 4/2016. All Nielsen Families are part of the sample group for two years and, I'm told by your Marketing, mine is the perfect family. We cover multiple age brackets with 5 people between the ages of 15 and 43 and one in college, have all cable channels offered by our cable provider, have multiple web-based streaming services including Netflix, Chromecast, Amazon Fire TV, PlayStation TV, and a television in 5 rooms. Nielsen was very eager to sign us up. Once we were signed up, however, we were treated like we were not important at all. The only redeeming person we dealt with was our service tech, Dave. Dave dutifully came to our home every time Nielsen's equipment malfunctioned, which was ALL THE TIME. Dave did his job well and was exceptionally respectful of our schedules, our home, our children, and our pets. We began getting harassing calls and texts when Dave was out on sick leave. A person named Brian called and texted relentlessly, attempting to gain access to my home because one of our televisions, he said, was not reporting. We unplugged all of our appliances including Nielsen equipment to protect it during a storm and one of our children hadn't plugged it back in, so we did when we got that call. All equipment fired back up without issue. Brian continued harassing us and finally said Dave told him to call us and text us. He claimed Dave was the one who sent him specifically. I called Dave and asked who Brian was and Dave, not knowing that Brian was attempting to gain access to my home, responded that he was an out-of-town rep and that he didn't really know him. It was very clear that Brian lied- Dave did NOT ask him to call us. This made me exceptionally uncomfortable and I asked to wait the extra two weeks until Dave came back to

work. Brian proceeded to send a barrage of calls and texts insisting he be allowed to access our home. He then attempted to bribe me with Visa gift cards to gain access to my home. Brian also began asking insulting questions, like if Dave had ever offered us money or if Dave had ever asked us if we had any televisions we didn't want metered. This set of alarm bells and made the situation frightening. Other than bagels the day we signed up that were brought by Jill Quarker and pizza brought by Dave on a few occasions when he needed to service our equipment around dinnertime, the only offer of anything monetary was the $120/month we received for our participation and the Visa gift card offered to us by Brian. Every device in my home was metered by your company- even computers we made clear were never used. The insinuation that we would ever attempt to cheat a system we volunteered for was ridiculous and demeaning. The desperation it took for Brian to attempt to bribe us for access to our home scared us. My husband and I decided we would wait the two weeks for Dave, our trusted service tech, to allow access to our home. We set an appointment with Dave and were told the day before he was set to arrive that we were being taken out of the sample seven months early due to our "access issues." I have emailed requesting a manager to call me twice with the only response coming from Jill Quarker, our very kind marketing rep. Jill is kind but she is not a manager. Nielsen has made my family feel discriminated against, unsafe, and taken advantage of. Our family has been manipulated in this situation and it's not OK.
>
> Today at 4:30pm, we had an appointment for Dave to come remove Nielsen's equipment. This morning, we got a call telling us that Dave would not be coming, with no explanation, and a different service tech would be removing the equipment in his place. We've been made to feel incredibly uncomfortable with your alternate service techs, so we will be removing your equipment ourselves and allowing this person to retrieve it from our porch.
>
> In my BBB complaint, I stated that I would like an apology from Nielson and I would like you to honor your commitment of sending $120 total per month for the duration of our two year commitment. Honestly, I don't know what to ask for that makes feeling so utterly violated any better.
>
> Please take these complaints seriously. I do not want more families going through what we've been put through.
>
> Thank you,
> House Hold #4