**20**



October 12, 2016

David Caudle
25030 Independence Dr.
Apt 11102
Farmington Hills, MI 48335

Dear David

This will confirm our conversation on October 12, 2016 concerning the decision to terminate your employment effective immediately for policy violation. All Company equipment and materials must be returned immediately.

If you have any questions regarding the information above, please feel contact your HR Business Partner.

Sincerely,


Human Resources

Cc: personnel file

Nielsen_Caudle000001