# 21

## CONFIDENTIAL
## Investigation Summary

**Date of Complaint**: 10/12/2016  
**Complainant Name:** David Caudle  
**Position Title:** Field Representative  
**Gender:** Male  

**Ombudsman Claim ID:** n/a  
**Date of Hire:** 5/29/2012  
**Location:** Michigan  
**SAP ID:** 76069  

### Investigation Summary
10/12/16 after David was terminated for policy violation David called Amanda Culver and left a message stating he wanted to know how Nielsen handled harassment claims.

Provide Overall Summary (start to finish – record interview details below)

### Claim Timeline
- In David's initial voicemail David indicated that Dave Shock, Ryan Dinsmore brother in law went into one of his homes [House Hold #3] and found something wrong - he feels this is a conflict of interest.
- He was placed on PIP 2 years ago for having the lowest PC rating - no one else in Detroit was put on PIP - he feels singled out.
- [House Hold #4] family - from David "She told me she let him know a tech named Brian while trying to gain access in her home asked her if I had lied or paid her any money to not meter a tv or report it. Now she said Ryan went out to her home and gave her $840. The fact Nielsen gave an alt that much money doesn't look right. I feel Ryan firing me was a setup and for the way the situation played out doesn't add up".
- From David "My firing was based on false words from Ryan Dinsmore and his brother in law Dave Shock. "

### Interviews
- David reached out directly to me, via phone and voicemail, on 10/12/16 to inquire about his bonus - my response via email "If you were qualified to receive a bonus you will receive a prorated bonus at the time of payout.
- I received another email on 10/13/16 Met with David Caudle on to discuss his claim
- Met with Ryan Dinsmore on October 25, 2016 to discuss David's claims
    o Dave Shock went to a home [House Hold #3] in the absence of David Caudle since he was on short term disability. Dave Shock asked the woman of the home how many tvs were in the home - she replied "6". David Shock said there were only 2 listed and the other tvs needed to be metered. The woman of the home said she did not have time to have the equipment put on the other tvs - she did not want the other tvs metered. Woman indicated one person knew of the other tvs but would not say who .
    o Ryan went with Dave Shock to the [House Hold #3] home. Dave Shock indicated there were tvs in the basement - had to re-verify they were not is use and to ensure they were tagged. Ryan indicated that at the bottom of the stairs have to go right or left  - would of have to have seen the tvs. There was a tv/dvd combo set



- up right in front of the tvs. Ryan feels that David Caudle could have never been in the basement - he would have seen the tvs.
- o Other issues with the home - Apple laptop listed as Dell laptop. There were 2 other laptops not tagged. House Hold #3 said the David Caudle knew about the tvs.
- o David Caudle was not in the the basement in the last visit - MSM would document "unable to go to basement".
- o David Caudle had been to the House Hold #3 home - fault coming from house - not communicating tried to fix it but was unable - Ryan spoke to David Caudle - said he fixed the fault - replaced USB (?) - Ryan indicated appointment not in Ngage.
- o David Caudle tried to figure out what was wrong with one tv - told her not to use the tv - this was in the bedroom - woman indicated she was going to get a new tv. Ryan said there was no tag on the tv - David Caudle indicated that it was sealed and stored with a tag. Ryan found the tv unplugged - he plugged it in and adjusted the antenna.
- o Asked Ryan about the House Hold #4 home - since David Caudle was on STD Brian was trying to get into the home - family kept postponing or cancelling. Family called David Caudle - he said he did not know who Brian was. Ryan visited the home - home was demanding money for remaining 2 years. Ryan spoke to Josh and they agreed on $425. House was pulled from sample early - did not want Brian in the house only wanted David Caudle

**Conclusion**



**Attatchments**
-PIP
-Close Email
-Ryan's talking points summary from suspension call