22

# nielsen

Denise Fantarella <​███████@nielsen.com>

## Re:
5 messages

---

**David Caudle** <​███████@gmail.com>  Tue, Oct 18, 2016 at 12:53 PM
To: Denise Fantarella <​███████@nielsen.com>

One of my old customer called me they found out I was fired. They are the ███████ he may I have spelled the name wrong. She told she sent a letter to the BBB and the head of the Nielsen Field rep team his name started with a L. She told me she let him know a tech named Brian while trying to gain access in her home asked her if I had lied or paid her any money to not meter a tv or report it. Now she said Ryan went out to her home and gave her $840. This was a great home and an alt not a basic. This home has told me her and her husband are willing to be my witness and talk to the accounts of tech asking questions as if they were looking for a reason to fire me. She has all the paperwork and now after talking to her and hearing this new news. The fact Nielsen gave an alt that much money doesn't look right. I feel Ryan firing me was a setup and for the way the situation played out doesn't add up. I feel now that Nielsen as discriminated against me. I am letting you know I just talked to two different lawyers who both say I have a case. Do to both customers that were the suppose reason of my firing have a different story than reported to HR. I worked for Nielsen for almost 5 years to look for a job and when they asked why were you let go to have to give this reason is a defamation of my character. Seeing how Dave Shock went out to the ███████ home and then waited 3 weeks till I was off of short term disability to go back out there with Ryan. No one called me and said hey Dave we found this and reported this. Ryan waited till he could go out to the home himself. Now Mrs. ███████ has went on record today with my lawyer if I chose to pursue that avenue she never told Ryan I knew. She said she told him how would David know about any of my tvs if I didn't tell him or invite him into the upstairs or basement. She said she was sick and needed a breathing treatment when Ryan came and just wanted him to leave because he was bagering her wi questions so she told him to remove the equipment instead of metering it like the appointment was suppose to be. She also said she told Dave Shock the same thing when he found out. She admitted to lying about how many tvs she had and he told her no problem it isn't serious. I just don't have the equipment to meter those sites and I need to come back with more equipment. Based off this info and Ms. ███████ the other home in which I was falsely accused of unhooking a tv. She said the tv stopped working and she only hooked it up when her tv in the living room went out. She said she told the person on the phone this also. That was the reason why she set the appt to get the new tv metered. ==I will let you look into this info but I wanted to let you know and Nielsen that I am going to fight this because it's wrong and I have witnesses that Ryan said they said one thing and they are telling me and my lawyer something different. None of this is adding up on top of his comment to me about the other guys are tired of covering for me because I have been sick so much. I have a very strong case with eye witnesses and proof. None of which I was shown or giving. My firing was based on false words from Ryan Dinsmore and his brother in law Dave Shock.==

> On Monday, October 17, 2016, David Caudle <​███████@gmail.com> wrote:
> Well Chavonne the old MR manager was there Renie Jihad was called in, Dave Demmon was the tech, Dave Shock went out to the household and found the other tvs.. I do remember the customer and home I can go by her home and get her info so she can tell you also. If not I know Renie and Chavonne know the HH.
>
>> On Monday, October 17, 2016, Denise Fantarella <​███████@nielsen.com> wrote:
>> Hi David -
>> As discussed I am acknowledging receipt of your email.
>> Please send any additional information including any witnesses to any event or additional as soon as you can.
>>
>> Thank you -
>> Denise
>>
>>
>> Denise Fantarella
>> HR Business Manager
>> 2 Trap Falls Road 3rd Fl
>> Shelton, CT 06484

**nielsen**

On Thu, Oct 13, 2016 at 2:29 PM, David Caudle <david.marcus.caudle@gmail.com> wrote:
> Hi Denise question for you. I do not know Nielsen policy on this matter. 1 and half 2 years ago in my area Dave Demmon installed a home 1 tv install chavonne the old mr manager was there and Renie. Fast forward Dave Shock or Bill Field went back to the home for a Quality Review. He found 2 or 3 tvs that were unmetered. Lady of house told him they were her son's and he didn't want the equipment on his tv. Now this is the same situation I was fired for not written up or given a warning fired for. My question is how did Dave and Chavonne both a supervisor and manager never got fired or anything. Ryan took no action because the lady of house didn't want the tvs metered. That is not fair in my eyes the home was in oak park mi
>
> On Wednesday, October 12, 2016, David Caudle <david.marcus.caudle@gmail.com> wrote:
>> Ok thank you for that information! Just be clear I loved working at Nielsen. I pray when the investigation is all over I can work with the company again.
>>
>> On Wednesday, October 12, 2016, Denise Fantarella <█████@nielsen.com> wrote:
>>> David -
>>> if you qualified for a bonus you will receive a prorated bonus at the time of payout.
>>>
>>> Denise
>>>
>>>
>>> Denise Fantarella
>>> HR Business Manager
>>> 2 Trap Falls Road 3rd Fl
>>> Shelton, CT 06484
>>> ███████
>>>
>>>
>>> **nielsen**
>>>
>>> On Wed, Oct 12, 2016 at 1:37 PM, David Caudle <david.marcus.caudle@gmail.com> wrote:
>>>> Thank you Denise. I also left you a voicemail about the bonus payment. It was due to come on my first November check.
>>>>
>>>> On Wednesday, October 12, 2016, Denise Fantarella <█████@nielsen.com> wrote:
>>>>> David,
>>>>>
>>>>> Thank you for speaking with me. Nielsen takes all complaints seriously and investigates them. In accordance with company policy, I will review your complaint and make inquiries into the situations you mention. I will follow up with you directly regarding the conclusion of this claim.
>>>>>
>>>>> Denise
>>>>>
>>>>> Denise Fantarella
>>>>> HR Business Manager
>>>>> 2 Trap Falls Road 3rd Fl
>>>>> Shelton, CT 06484
>>>>> ███████
>>>>>
>>>>> **nielsen**

**Denise Fantarella** <███████████@nielsen.com>　　　　　　　　　　Tue, Oct 18, 2016 at 1:05 PM
To: "Culver, Amanda" <███████████@nielsen.com>

More information...

Denise Fantarella
HR Business Manager
2 Trap Falls Road 3rd Fl
Shelton, CT 06484

**nielsen**

[Quoted text hidden]

---

**Denise Fantarella** <███████████@nielsen.com>　　　　　　　　　　Tue, Oct 18, 2016 at 1:17 PM
To: David Caudle <david.marcus.caudle@gmail.com>

Thank you for the information - the investigation is on going.
Denise

Denise Fantarella
HR Business Manager
2 Trap Falls Road 3rd Fl
Shelton, CT 06484

**nielsen**

[Quoted text hidden]

---

**David Caudle** <david.marcus.caudle@gmail.com>　　　　　　　　　　Tue, Oct 18, 2016 at 1:23 PM
To: Denise Fantarella <███████████@nielsen.com>

Thank you for responding back.

[Quoted text hidden]