*25*



---------- Forwarded message ---------
From: **Ryan Dinsmore** <​███████​@nielsen.com>
Date: Tue, Sep 27, 2016 at 1:25 PM
Subject: Fwd: Flagrant Policy Violation - David Caudle - Folder# 18458396
To: Amanda Culver <​███████​@nielsen.com>, Hummel, Josh ███████@nielsen.com>


Since Dave Caudle is returning to work next Wednesday (10/5), how do we proceed?   Are we proceeding with
Termination and if so, should I set up a meeting with Dave when he returns?


---------- Forwarded message ---------
From: **Josh Hummel** <​███████​@nielsen.com>
Date: Tue, Sep 27, 2016 at 1:07 PM

CONFIDENTIAL                    Nielsen_Caudle000270

Subject: Re: Flagrant Policy Violation - David Caudle - Folder# 18458396
To: Ryan Dinsmore <███████████@nielsen.com>

Thanks,

Josh Hummel
Midwest Field Operations Leader
US Television Audience Measurement
The Nielsen Company
███████████
www.nielsen.com

*CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

On Tue, Aug 23, 2016 at 11:57 AM, Amanda Culver <███████████@nielsen.com> wrote:
Let's document all of this, and give me a heads up when we get a RTW date. ███████████
███████████

Amanda

**Amanda Culver**
HR Business Partner
███████████
**US Field - Watch Operations**
*Connected for Growth*

Please visit our HR site for FAQs- Field US Human Resources

On Tue, Aug 23, 2016 at 10:54 AM, Ryan Dinsmore <███████████@nielsen.com> wrote:
We still do not have a RTW date.

On Tue, Aug 23, 2016 at 11:13 AM, Amanda Culver <███████████@nielsen.com> wrote:
We can't do anything while he is on leave, do we have a return to work date?

Amanda

**Amanda Culver**
HR Business Partner

<span style="background:black">████████████</span>

**US Field - Watch Operations**
*Connected for Growth*

Please visit our HR site for FAQs- Field US Human Resources

On Fri, Aug 19, 2016 at 3:43 PM, Ryan Dinsmore <████████@nielsen.com> wrote:
<mark>Yes he is.   This is the guy who is out on leave a few months/year.</mark>

On Fri, Aug 19, 2016 at 4:41 PM, Amanda Culver <████████@nielsen.com> wrote:
<mark>Remind me, is he out on some kind of leave right now?</mark>

On Friday, August 19, 2016, Ryan Dinsmore <████████@nielsen.com> wrote:

I received a phone call from Dave Shock today.   He was visiting what he thought was a one site home that contacted the ROC on 8/16 saying that she had cancelled her cable and that we need to come disconnect our equipment from her cable box so that she can turn the cable box back in.   In doing so, the LOH told Dave that the last rep that was at her home was supposed to come back to fix our equipment on "their other TV" but never did.   She has another TV in the home that is plugged in and has an OTA antenna and our equipment is sitting behind it but the MU is not plugged into the wall.   I asked to speak with the LOH while Dave was in the home.

The LOH told me that Dave Caudle was out there "about a month ago" (was there on 7/13).   She said that she was at her home for about 30 mins.   While he was there, he told her that he couldn't fix our equipment and asked her not to use that OTA TV until he could come back and fix our equipment.   He unplugged our MU (CTSA) and left her TV plugged into the wall.   He did not tag the TV or put it on WH.   He closed out the UP2 as you can see below and another one opened the next day.   That Saturday he went back (rep indicator in second screenshot below) and it appears that from the street, he removed the site from the HU to eliminate the UP2.   He did not enter that appointment into Ngage and reps that fix faults on Saturdays always put Saturday fault calls in Ngage.   He also booked 66 mins for that Saturday call.   He did not set a return appt to come back to fix this with the HH.

She was nice about it but she was kind of upset that she was told not to use that TV, particularly after her cable was turned off.   Dave's notes below say that the TV was sealed (nope) and that the HH didn't plan on using it anymore since they were moving.   I told her she was in good hands and that Dave Shock would get her taken care of.   All he had to do to fix the problem was to plug our equipment back in and add it back to the HU.   He did checkouts and everything coded correctly.   The LOH is happy.

Problems:

- <u>Unmetered, operable TV in use (plugged into wall) that the FR knew about and told LOH not to use.</u>
- Device mis-documented in MSM as unused/sealed stating "LOH is moving and no longer using this device.."
- Doesn't appear to have entered the home on visit on 7/17 and reported over an hour for the visit that wasn't in Ngage for 7/17
- both contacts on 7/13 and 7/17 simply say "replaced the 7 port hub"

CONFIDENTIAL                    Nielsen_Caudle000272

How do I proceed?



CONFIDENTIAL          Nielsen_Caudle000273



CONFIDENTIAL          Nielsen_Caudle000274

| Request ID | DCDB # | Folder Number Serial ID | Basic/Alt # | Member Status |
|---|---|---|---|---|
| 143429045 | 6107744 | 18458396    654118 | 0 | |

**Request Type**
Fault

**Request Status**
Closed

| Create Date | Due Date | Folder State | Field Associate |
|---|---|---|---|
| 07/13/2016 | | Qualified for Measurement | DAVID M CAUDLE |

**Fault/Flag Code**
UP2    Attachment Unplugged

☐ Call Center Work

**Description**

AP, ATTACHMENT UNPLUGGED, Home Unit ID: ▇▇▇▇▇▇▇▇▇▇▇▇ Attachment ID: 3,
Attachment Type: N.A

**Comments from Requestor**

**Comments from Field Technician/Associate**

Replaced the 7 port hub...........................................dmc



| File | Help |
|------|------|

**Request ID** DCDB #    **Folder Number Serial ID**    **Basic/Alt #**    **Member Status**
143457318   6107744    18458396    654118    0

**Request Type**    **Request Status**
Fault    Closed

**Create Date**    **Due Date**    **Folder State**    **Field Associate**
07/14/2016    Qualified for Measurement    DAVID M CAUDLE

**Fault/Flag Code**
UP2    Attachment Unplugged

☐ Call Center Work

**Description**
AP, ATTACHMENT UNPLUGGED, Home Unit ID: ███████████, Attachment ID: 3,
Attachment Type: N.A

**Comments from Requestor**

**Comments from Field Technician/Associate**
Replaced the 7 port hub........................dmc

| 07/16/2016  Sat | | 3 hr 45 mins | | Vehicle: | RENTL | Start / End Odometer:  0 / 0 | |
|---|---|---|---|---|---|---|---|
| Start | End | Dur. (m) | Activity | Fldr [Basic] | Action | Start Comments | End Comments |
| 7/16 10:26 AM | 7/16 11:00 AM | 0:34 (34) | Business Drive Time - First | 0 | n/a | | |
| 7/16 11:00 AM | 7/16 12:06 PM | 1:6 (66) | Maintenance Call | 18458396 [B] | Complete | | |
| 7/16 12:06 PM | 7/16 12:28 PM | 0:22 (22) | Business Drive Time | 0 | n/a | | |
| 7/16 12:28 PM | 7/16 12:50 PM | 0:22 (22) | Drive By | 19342410 | No Show | | |
| 7/16 12:50 PM | 7/16 1:26 PM | 0:36 (36) | Business Drive Time - Last | 0 | n/a | | |
| 7/16 3:11 PM | 7/16 3:56 PM | 0:45 (45) | MSM Data Entry | 0 | n/a | | |
| | Business Miles: 0 | | Personal Miles: 0 | | | | |

CONFIDENTIAL    Nielsen_Caudle000276



*Ryan Dinsmore*

US TV and PC Audience Measurement

Market Manager - Midwest Region

nielsen

CONFIDENTIALITY NOTICE:  This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

--
Amanda Culver

Sent from Gmail Mobile

--

CONFIDENTIAL                    Nielsen_Caudle000277

*Ryan Dinsmore*

US TV and PC Audience Measurement

Market Manager - Midwest Region

█████████████

**n**ielsen

*CONFIDENTIALITY NOTICE:  This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

--

*Ryan Dinsmore*

US TV and PC Audience Measurement

Market Manager - Midwest Region

█████████████

**n**ielsen

*CONFIDENTIALITY NOTICE:  This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

--

*Ryan Dinsmore*

US TV and PC Audience Measurement

CONFIDENTIAL

Nielsen_Caudle000278

Market Manager - Midwest Region



nielsen

*CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

CONFIDENTIAL                                    Nielsen_Caudle000279