IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID CAUDLE, | ) |
| | ) CIVIL ACTION NO. 17-cv-13737 |
| PLAINTIFF, | ) |
| | ) HON. MARK A. GOLDSMITH |
| vs. | ) |
| | ) |
| THE NIELSEN COMPANY (US), L.L.C. | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

**INDEX OF EXHIBITS TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Exhibit A: Deposition of David Caudle

Exhibit B: Deposition of Ryan Dinsmore

Exhibit C: September 2016 E-mail Dinsmore to Plaintiff.

Exhibit D: August 2016 Internal Company E-Mail

Exhibit E: August 29, 2016 Internal Company E-Mail

Exhibit F: May 2016 Internal Company E-Mail String

Exhibit G: Deposition of Denise Fantarella