# **Exhibit C**



---------- Forwarded message ---------
From: **David Caudle** <███████@nielsen.com>
Date: Sun, Sep 4, 2016 at 6:44 PM
Subject: Re: No working while on leave.
To: Ryan Dinsmore <███████@nielsen.com>

Ok

Sent from my iPhone

> On Sep 4, 2016, at 6:22 PM, Ryan Dinsmore <███████@nielsen.com> wrote:
>