# **Exhibit E**



---------- Forwarded message ---------
From: **Josh Hummel** <▇▇▇▇▇@nielsen.com>
Date: Mon, Aug 29, 2016 at 6:48 PM
Subject: Re: Dave Caudle will be back on 9/6
To: Ryan Dinsmore <▇▇▇▇▇@nielsen.com>

Ok, thanks.


Thanks,

Josh Hummel
Midwest Field Operations Leader
US Television Audience Measurement
The Nielsen Company

www.nielsen.com

CONFIDENTIALITY NOTICE: *This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

On Mon, Aug 29, 2016 at 5:20 PM, Ryan Dinsmore <@nielsen.com> wrote:
I'm not really sure. I do not exactly know why he was out for this long. He came down with a cold and then somehow there were complications that kept him at the hospital for an extended period.

On Mon, Aug 29, 2016 at 12:31 PM, Josh Hummel <@nielsen.com> wrote:
Thanks Ryan. This was a bit more serious this time around. How is he?

On Monday, August 29, 2016, Ryan Dinsmore <@nielsen.com> wrote:
Just a heads up guys that he has a RTW date of 9/6. Appointments can be scheduled for him beginning on that date. In the meantime I will need to continue to ask for ROC's scheduling assistance. Thanks all.

--

*Ryan Dinsmore*

US TV and PC Audience Measurement

Market Manager - Midwest Region

nielsen

CONFIDENTIALITY NOTICE: *This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

--

Thanks,

Josh Hummel
Midwest Field Operations Leader
US Television Audience Measurement
The Nielsen Company
Cell: ▮
www.nielsen.com

CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

--

*Ryan Dinsmore*

US TV and PC Audience Measurement

Market Manager - Midwest Region

▮

nielsen

CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

CONFIDENTIAL        Nielsen_Caudle000351