# Exhibit F



---------- Forwarded message ---------
From: **Dinsmore, Ryan** <███████@nielsen.com>
Date: Thu, May 26, 2016 at 8:44 AM
Subject: RE: David Caudle
To: Veith, Patricia <███████@nielsen.com>, Culver, Amanda <███████@nielsen.com>
Cc: Hummel, Josh <███████@nielsen.com>

But that is the problem... There wasn't a car accident. Maybe that is why they are saying that there is a mental health issue? And if there is a mental health issue how do we know if Dave is fit for duty and if so, do I manage him differently if there is a mental health issue?



US TV and PC Audience Measurement

Market Manager - Midwest Region

nielsen

  

*CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

**From:** Veith, Patricia
**Sent:** Thursday, May 26, 2016 8:40 AM
**To:** Dinsmore, Ryan <​@nielsen.com>; Culver, Amanda <​@nielsen.com>
**Cc:** Hummel, Josh <​@nielsen.com>
**Subject:** RE: David Caudle

I'm not sure what his conversations with MetLife are but the response they gave me was based on relaying information about the car accident, etc.

Patricia Veith

HR Leave Administrator



@nielsen.com

*Be yourself, make a difference, grow with us...*

**From:** Dinsmore, Ryan
**Sent:** Thursday, May 26, 2016 8:37 AM
**To:** Veith, Patricia <​@nielsen.com>; Culver, Amanda <​@nielsen.com>
**Cc:** Hummel, Josh <​@nielsen.com>
**Subject:** RE: David Caudle

I don't know where the boundaries are here so I want to be careful with my response.  Dave has mentioned having a high temp, sickle cell attack, throwing up and now most recently told me that he was diagnosed as a diabetic.  He also called the ROC to tell them that he was in a car accident.  I asked him about that and he said that he never was in a car accident and asked me why I asked him that.

I am not sure exactly what to take away from all of this.   When he returns I will manage him in the same way that I do others unless I am told otherwise.


*Ryan Dinsmore*

US TV and PC Audience Measurement

Market Manager - Midwest Region

nielsen

  

*CONFIDENTIALITY NOTICE:  This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

---

**From:** Veith, Patricia
**Sent:** Thursday, May 26, 2016 8:22 AM
**To:** Culver, Amanda <​@nielsen.com>; Dinsmore, Ryan <​@nielsen.com>
**Subject:** RE: David Caudle

Hi Amanda,

I spoke with MetLife. They said that the medical info that they have for him definitely substantiates the need for leave. They can't share specific diagnoses with me but I got the impression that it was related to mental health and that he was hospitalized. He's not now but is on some serious medication which would in and of itself prohibit him from working. They will watch the claim closely.

Thanks,

Patricia Veith

HR Leave Administrator

████████████

████████

█████████@nielsen.com

*Be yourself, make a difference, grow with us...*

**From:** Amanda Culver [mailto:████████@nielsen.com]
**Sent:** Monday, May 23, 2016 5:46 PM
**To:** Dinsmore, Ryan <████████@nielsen.com>
**Cc:** Veith, Patricia <████████@nielsen.com>
**Subject:** Re: David Caudle

Pat,

Can we make sure MetLife escalates this one for review?

Thanks,

Amanda

**Amanda Culver**
HR Business Partner

US Field - Watch Operations

*Connected for Growth*

Please visit our HR site for FAQs- Field US Human Resources

On Mon, May 23, 2016 at 1:55 PM, Dinsmore, Ryan <​@nielsen.com> wrote:

> Thanks. I just added her on copy. I do fear that something is a little off with Dave. Maybe it is some type of medication that he takes before communicating his time off. For example, on Friday Dave called the ROC and said that he was in a car accident and was at the hospital. Earlier that day Dave told me that he woke up not feeling well and that he was back at the hospital unable to return to work anytime soon. Just yesterday I asked him if he was in a car accident and he had no idea what I was talking about. He said that he had not been in a car accident. At this point we again do not know when Dave Caudle will be back to work. Typically he misses 2-3 months/year due to illness or injury for the last few years. If we have a way to investigate, we should.

*Ryan Dinsmore*

US TV and PC Audience Measurement

Market Manager - Midwest Region

nielsen

  

*CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

**From:** Amanda Culver [mailto:▮▮▮▮▮▮@nielsen.com]
**Sent:** Monday, May 23, 2016 2:41 PM
**To:** Dinsmore, Ryan <▮▮▮▮▮▮@nielsen.com>
**Subject:** Re: David Caudle

Can you make sure to loop Pat in on your concerns with the fraud here? I don't see an email

Amanda

**Amanda Culver**
HR Business Partner

▮▮▮▮▮▮

US Field - Watch Operations

*Connected for Growth*

Please visit our HR site for FAQs- Field US Human Resources

On Thu, May 19, 2016 at 10:17 AM, Dinsmore, Ryan <▮▮▮▮▮▮@nielsen.com> wrote:

I fear we may have an employee committing fraud. If you read these texts you can see that the return to work date keeps changing. Just yesterday Dave was scheduling calls for himself for Friday but why would he do that if he wasn't coming back until Monday? The doctors not below looks like it was written and emailed to someone that printed it out and then signed it. That strikes me as odd. I fear that we may be being taken advantage of and if we have a way to follow up, we should do that.