UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David Caudle,

    Plaintiff(s),

v.

The Nielsen Company, LLC,

    Defendant(s).

Case No. 17-13737

HON. MARK A. GOLDSMITH

### ORDER STRIKING DOCUMENT (Dkt. 38)

The Court has reviewed the following document: Resp. to Mot. for Summ. J. (Dkt. 38). The Court finds that it should be stricken for the following reason(s):

☐ Missing or insufficient statement of non-concurrence. See LR 7.1(a).

☐ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

☑ Does not comply with the Case Management Order in this case for the following reasons: Does not admit or contest facts in the counter-statement of material facts, as required by Sec. II.C.3 of the Case Management Order.

☑ Other: Attorney Gallagher has not filed an appearance on the docket.

Accordingly, the Court strikes the document. __Defendant__ shall file an amended document that complies with all requirements on or before __July 30, 2019__.

SO ORDERED.

Dated: July 26, 2019
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 26, 2019.

s/Brianna Sauve on behalf of
Karri Sandusky
Case Manager