## **INDEX OF EXHIBITS**

28. Ryan Dinsmore Deposition Transcript

29. Description of EY's Procedures

30. David Caudle Deposition Transcript

31. EEOC Charge

32. Unpublished Cases