# 29

# Household visits

**Description of EY's procedures**

<u>Field visit sample selection</u>

Our current year testing results are shown in comparison to our testing in prior years which consisted of 200 visits to households in 2013 (25 each in Atlanta, Boston, Chicago, Dallas, Los Angeles, Miami, Sacramento and St. Louis), 200 visits to households in 2012 (25 each in Charlotte, Chicago, Cleveland, Houston, New York, Philadelphia, Phoenix and Portland) and 150 visits to households in 2011 (25 each in Boston, Los Angeles, Orlando, San Francisco, St. Louis, and Washington D.C.).

Additionally, during the current engagement, EY's visits for the above household sample were performed during September 2014 (Detroit, Minneapolis, New York, Pittsburgh, Tampa) and January 2015 (Denver, Philadelphia, San Francisco, Seattle, Washington D.C.) and, as a result, our current year testing results are presented separately for each of these periods, where applicable.

EY selected 10 LPM markets to be visited as part of the current engagement by compiling a list of the 25 LPM markets online as of January 2014 and arraying them by market size (TV homes). We then randomly selected three markets from the top six markets and seven markets from the listed markets below the top six. We then judgmentally replaced certain markets considering geographic coverage and length of time since the last visit. Our sampling approach resulted in visits to households within the following 10 LPM markets: Denver (BQ&C), Detroit (BQ&C), Minneapolis (EY), New York (EY), Philadelphia (BQ&C), Pittsburgh (BQ&C), San Francisco (EY), Seattle (BQ&C), Tampa (EY) and Washington D.C. (EY).

The 20 households to visit in each market were selected randomly after arraying the households by the following characteristics (yes or no): cable plus, ADS status, presence of DVR, presence of child, Hispanic identity, Black classification and Asian classification. Additionally, for the Denver and Washington D.C. LPM markets, EY included meter type (A/P or GTAM) as the first characteristic in the array given newly installed homes in these LPM markets were installed with the GTAM meter as part of Nielsen's sample expansion initiative. The characteristics utilized in the arraying of households were: (1) the characteristics historically utilized by Nielsen as sample recruitment controls (presence of cable/ADS and presence of children) and (2) the non-geographic variables used in determining penetration strata in the stratification of block groups in Nielsen's area probability sample design procedures, specifically the race and Hispanic variables.

A total of 67 (34%; 37% in 2013; 28% in 2012; 43% in 2011) initially selected audit sample households (9 Denver, 10 Detroit, 6 Minneapolis, 4 New York, 10 Philadelphia, 3 Pittsburgh, 4 San Francisco, 9 Seattle, 8 Tampa and 4 Washington D.C.) could not be contacted or were not contributing to the ratings data prior to the visits and were replaced by alternate households possessing the same control characteristics as the corresponding predesignated household, whenever possible.