IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CAUDLE,

    Plaintiff,

v.

THE NIELSEN COMPANY (US), LLC,

    Defendant.

Case No. 2:17-cv-13737

Hon. Mark A. Goldsmith

_____

| | |
|---|---|
| CARLA D. AIKENS, P.C. | MILLER, CANFIELD, PADDOCK |
| CARLA D. AIKENS (P-69530) | AND STONE, P.L.C. |
| CONNOR GALLAGHER (P-82104) | MEGAN P. NORRIS (P-39318) |
| Attorney for Plaintiff | JESSICA B.K. PASK (P-82212) |
| 615 Griswold, Suite 709 | Attorneys for Defendant |
| Detroit, Michigan 48226 | 150 West Jefferson, Suite 2500 |
| carla@aikenslawfirm.com | Detroit, Michigan 48226 |
| connor@aikenslawfirm.com | (313) 963-6420 |
| | norris@millercanfield.com |
| | pask@millercanfield.com |

_____

## STIPULATION AND ORDER TO AMEND ORDER SETTING DATES [ECF 48]

    "LOCAL RULE CERTIFICATION: I, Megan P. Norris, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3)."

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel hereto, that, the due dates for "All Other Motions, Including Motions in Limine" and "Joint Final Pretrial Order" in the Order Setting Dates (ECF 48) be amended as outlined in Exhibit A attached to this stipulation; the Proposed Order pursuant to Hon. Goldsmith's standing orders and form order.

It is so stipulated:

| | |
|---|---|
| CARLA D. AIKENS P.C. | MILLER, CANFIELD, PADDOCK, AND STONE, P.L.C. |
| Dated: August 28, 2020 | Dated: August 28, 2020 |
| /s/ *Connor B. Gallagher* (w/consent)<br>Connor B. Gallagher (P82104)<br>*Attorneys for Plaintiff*<br>614 Griswold St., Ste. 709<br>Detroit, MI 48226<br>Tel: (844) 835-2993<br>Fax: (877) 454-1680<br>connor@aikenslawfirm.com | /s/ *Megan P. Norris*<br>Megan P. Norris (P39318)<br>*Attorneys for Defendant*<br>150 W. Jefferson, Ste. 2500<br>Detroit, MI<br>Tel: (313) 963-6420<br>Fax: (313) 496-8453<br>norris@millercanfield.com |

36466525.1\136247-00002

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID CAUDLE, ) | |
| ) CIVIL ACTION NO. 17-cv-13737 | |
| PLAINTIFF, ) | |
| vs. ) HON. MARK A. GOLDSMITH | |
| ) | |
| THE NIELSEN COMPANY (US), ) | |
| L.L.C. ) | |
| DEFENDANT. ) | |
| ) | |
| ) | |

## ORDER AMENDING SCHEDULING ORDER

__X__   Upon the stipulation of the parties, and with the approval of the Court,

_____   Upon the motion of a party, with notice to opposing parties, and with the approval of the Court,

_____   Upon the Court's own motion,

IT IS ORDERED that the scheduling order is amended as follows:

| EVENT | DEADLINE |
|---|---|
| All Other Motions, Including Motions in Limine | November 23, 2020 |
| Joint Final Pretrial Order | November 23, 2020 |
| Final Pretrial Conference | January 5, 2021 @ 3:30 p.m. |
| Trial | January 25, 2021 @ 8:30 a.m. |

SO ORDERED.

Dated: September 10, 2020         s/Mark A. Goldsmith
       Detroit, Michigan         MARK A. GOLDSMITH
                                 United States District Judge