# Exhibit A

IN THE UNITED STATE DISTRICT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CAUDLE

        PLAINTIFF,

VS.

NIELSEN HOLDINGS PLC, ET AL.,

        DEFENDANTS.

CASE NO. 2:17-CV-13737

HON. MARK A. GOLDSMITH

_____/

| | |
|---|---|
| CARLA D. AIKENS, P.C.<br>CARLA D. AIKENS (P69530)<br>CONNOR B. GALLAGHER (P82104)<br>*Attorneys for Plaintiff*<br>615 Griswold Street, Suite 709<br>Detroit, Michigan 48226<br>carla@aikenslawfirm.com<br>connor@aikenslawfirm.com<br>Phone: (844) 835-2993<br>Fax: (877) 454-1680 | MILLER, CANFIELD, PADDOCK, AND STONE, P.L.C.<br>MEGAN P. NORRIS (P39318)<br>ATTORNEYS FOR DEFENDANT<br>150. W JEFFERSON, STE. 2500<br>DETROIT, MI 48226<br>TEL: 313-963-6420<br>FAX: 313-496-8453<br>NORRIS@MILLERCANFIELD.COM |

_____/

## PLAINTIFF'S WITNESS LIST

NOW COMES Plaintiff, by and through his attorneys, Carla D. Aikens, P.C., and lists the following as possible witnesses to be called upon for testimony at trial as to the facts of this matter:

1. Plaintiff David Caudle

2. Ryan Dinsmore

3. David Shock

4. Lori Leveille

1

5. Denise Fantarella

6. Amanda Culver

7. Current or former employees of Defendant who have knowledge regarding Plaintiff's work performance, written and verbal communications to Plaintiff regarding his performance and allegations contained in his Complaint filed in this action.

8. Customers and former customers of the Defendant that Plaintiff has identified as having knowledge of Plaintiff's work performance and allegations contained in his Complaint filed in this action.

In addition, Plaintiff may call the following witnesses:

1. All persons referred to in any Complaint filed in this lawsuit, but not specifically named;

2. All persons or entities listed on Defendant's witness list, or any other witness list filed in this case;

3. All persons or entities referred to in depositions, interrogatories, answers to interrogatories, responses to requests for documents or responses to third-party subpoenas.

As discovery is ongoing, Plaintiff reserves the right to designate further witnesses, including experts, after the close of discovery and in accordance with the Court's Scheduling Order. If it appears that additional witnesses will or may be called to testify at trial, their names shall be reported to Defendant's counsel as soon as possible prior to trial. This restriction does not apply to rebuttal witnesses.

Dated:  April 23, 2019                                   Respectfully submitted by:

                                                         /s/ Carla D. Aikens

2

PLAINTIFF'S WITNESS LIST

                                                  Carla D. Aikens (P69530)
                                                  Carla D. Aikens, P.C.
                                                  Attorneys for Plaintiff

## PROOF OF SERVICE

On the date below, the undersigned served a copy of the foregoing Plaintiff's Witness List on Defendant's counsel via the Court's E-filing System at the email address provided by Defendant's counsel to the Court.

Dated:  April 23, 2019                                      */s/ Katarzyna Pazik*
                                                                Katarzyna Pazik, Legal Assistant
                                                                CARLA D. AIKENS, P.C.