# Exhibit B

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CAUDLE,

      Plaintiff,

v.

      Case No. 2:17-cv-13737

      Hon. Mark A. Goldsmith

THE NIELSEN COMPANY (US), LLC,

      Defendant.

_____

| | |
|---|---|
| CARLA D. AIKENS, P.C. | MILLER, CANFIELD, PADDOCK |
| CARLA D. AIKENS (P-69530) | AND STONE, P.L.C. |
| CONNOR GALLAGHER (P-82104) | MEGAN P. NORRIS (P-39318) |
| Attorney for Plaintiff | JESSICA B.K. PASK (P-82212) |
| 615 Griswold, Suite 709 | Attorneys for Defendant |
| Detroit, Michigan 48226 | 150 West Jefferson, Suite 2500 |
| carla@aikenslawfirm.com | Detroit, Michigan 48226 |
| | (313) 963-6420 |
| | norris@millercanfield.com |

_____

**DEFENDANT'S AMENDED WITNESS LIST**

Defendant hereby submits its Amended Witness List, pursuant to the Court's April 2, 2019 Scheduling Order. Current employees and former supervisor and management-level employees of Defendant Nielsen Company LLC, including Defendant Ryan Dinsmore, can be reached through its counsel Megan Norris, Miller, Canfield, Paddock and Stone, PLC at 150 West Jefferson, Suite 2500, Detroit, MI 48226. Defendant states that the following witnesses may be called at

trial if it appears that they have noncumulative knowledge of facts relevant to issues which may arise at trial:

1. Plaintiff David Caudle

2. Ryan Dinsmore

3. David Shock

4. Lori Leveille

5. Denise Fantarella

6. Amanda Culver

7. Josh Hummel

8. Current or former employees of Defendant who have knowledge regarding Plaintiff's work performance, written and verbal communications to Plaintiff regarding his performance and allegations contained in his Complaint filed in this action.

9. Customers and former customers of the Defendant that Plaintiff has identified as having knowledge of Plaintiff's work performance and allegations contained in his Complaint filed in this action.

Defendant may also call records custodians and past and present employees of the following entities:

9. Internal Revenue Service

10. Michigan Treasury Department

11. United States Department of the Treasury

12. United States Department of Labor

2

In addition, Defendant may call the following witnesses:

1.  All persons referred to in any Complaint filed in this lawsuit, but not specifically named;

2.  All persons or entities listed on Plaintiff's witness list, or any other witness list filed in this case;

3.  All persons or entities referred to in depositions, interrogatories, answers to interrogatories, responses to requests for documents or responses to third-party subpoenas.

As discovery is ongoing, Defendant reserves the right to designate further witnesses, including experts, after the close of discovery and in accordance with the Court's Scheduling Order. If it appears that additional witnesses will or may be called to testify at trial, their names shall be reported to Plaintiff's counsel as soon as possible prior to trial. This restriction does not apply to rebuttal witnesses.

Respectfully submitted,

/s/Megan Norris
Miller, Canfield, Paddock and Stone, P.L.C.
Attorneys for Defendant
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
norris@millercanfield.com
P39318

Dated: May 24, 2019

3

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

/s/Megan P. Norris
Miller, Canfield, Paddock and Stone, P.L.C.
Attorney for Defendant
150 West Jefferson, Suite 2500
Detroit, Michigan  48226
(313) 963-6420
norris@millercanfield.com
P39318

33617596.1\136247-00002