**Exhibit D**

# United States District Court
# Eastern District of Michigan

*Subpoena in a Civil Case and Return of Service Form*

| Plaintiff(s) | | Defendant(s) |
|---|---|---|
| DAVID CAUDLE | v | THE NIELSEN COMPANY (US), LLC |

TO: CUSTODIAN OF THE RECORDS OF
DR. ABIGAIL E. DELAND
C/O FARMINGTON VLG. FAMILY PRACTICE EAST
28100 GRAND RIVER AVE. S-313
FARMINGTON HLS. MI 48336

CASE NO. 2:12 CV 13737
JUDGE GOLDSMITH

☐ SUBPOENA FOR ATTENDANCE AT TRIAL
☐ SUBPOENA FOR ATTENDANCE AT A DEPOSITION
☒ DOCUMENT PRODUCTION REQUEST ONLY
☐ PROPERTY INSPECTION REQUEST ONLY

**COMMAND TO APPEAR** — YOU ARE HEREBY COMMANDED to appear at the place, date and time specified below to give testimony in the above case, and, if so indicated, to bring certain documents with you.

Place:
Date:
Time:
☐ APPEARANCE WITH DOCUMENTS (SEE DESCRIPTION BELOW)
☐ APPEARANCE WITHOUT DOCUMENTS

**COMMAND FOR DOCUMENTS** — YOU ARE HEREBY COMMANDED to have the following documents, objects or things delivered to the place listed below, or allow the inspection of the below-listed property at the date and time specified.

Place: BEFORE A NOTARY PUBLIC AT
RECORD COPY SERVICES
18136 LAUREL PARK DRIVE NORTH SUITE 200W
LIVONIA MI 48152-3958
734-591-4100

Date: MON JUNE 17, 2019
Time: 10:00 A.M.

FOR INFORMATION REGARDING THIS
SUBPOENA, PLEASE CALL 734-591-4100

Description of documents/items to be produced or property to be inspected:
ANY AND ALL RECORDS OF EXAMINATION AND TREATMENT RENDERED AT ANY TIME FOR ANY REASON, INCLUDING BUT NOT LIMITED TO HISTORY RECORDS, MEDICAL REPORTS, INSURANCE REPORTS, X-RAY REPORTS, NOTATION CARDS, MEMORANDA, ALL BILLS, PAID OR UNPAID AND ANY OTHER RECORDS WHATSOEVER IN YOUR POSSESSION OR CONTROL PERTAINING TO DAVID CAUDLE (DOB 11/29/79, SSN XXX-XX-2364).

This subpoena is issued by (name, address and telephone number of attorney:) P82212
JESSICA B.K. PASK, ESQ.
MILLER, CANFIELD, PADDOCK & STONE
150 W. JEFFERSON S-2500
DETROIT MI 48226

Date of execution: 5/31/19

Signature of issuing attorney/court officer

On behalf of the
☐ Plaintiff ☒ Defendant

INT-0129-MIE-4/92 REV. 4/94

PAGE ONE OF TWO

# United States District Court
# Eastern District of Michigan



## Subpoena in a Civil Case and Return of Service Form

**Plaintiff(s)**
DAVID CAUDLE

v

**Defendant(s)**
THE NIELSEN COMPANY (US), LLC

**TO:** CUSTODIAN OF THE RECORDS OF
DR. JEFFREY MEYERS
C/O MILLENIUM AFFILIATED PHYSICIANS
32255 NORTHWESTERN HWY.
S-130
FARMINGTON HLS. MI 48334

**CASE NO.** 2:12 CV 13737
**JUDGE GOLDSMITH**

☐ SUBPOENA FOR ATTENDANCE AT TRIAL
☐ SUBPOENA FOR ATTENDANCE AT A DEPOSITION
☒ DOCUMENT PRODUCTION REQUEST ONLY
☐ PROPERTY INSPECTION REQUEST ONLY

**COMMAND TO APPEAR** — YOU ARE HEREBY COMMANDED to appear at the place, date and time specified below to give testimony in the above case, and, if so indicated, to bring certain documents with you.

Place:
Date:
Time:
☐ APPEARANCE WITH DOCUMENTS (SEE DESCRIPTION BELOW)
☐ APPEARANCE WITHOUT DOCUMENTS

**COMMAND FOR DOCUMENTS** — YOU ARE HEREBY COMMANDED to have the following documents, objects or things delivered to the place listed below, or allow the inspection of the below-listed property at the date and time specified.

**Place:** BEFORE A NOTARY PUBLIC AT
RECORD COPY SERVICES
18136 LAUREL PARK DRIVE NORTH SUITE 200W
LIVONIA MI 48152-3958
734-591-4100

**Date:** MON JUNE 17, 2019
**Time:** 10:00 A.M.

**FOR INFORMATION REGARDING THIS SUBPOENA, PLEASE CALL 734-591-4100**

**Description of documents/items to be produced or property to be inspected:**
ANY AND ALL RECORDS OF EXAMINATION AND TREATMENT RENDERED AT ANY TIME FOR ANY REASON, INCLUDING BUT NOT LIMITED TO HISTORY RECORDS, MEDICAL REPORTS, INSURANCE REPORTS, X-RAY REPORTS, NOTATION CARDS, MEMORANDA, ALL BILLS, PAID OR UNPAID AND ANY OTHER RECORDS WHATSOEVER IN YOUR POSSESSION OR CONTROL PERTAINING TO DAVID CAUDLE (DOB 11/29/79, SSN XXX-XX-2364).

This subpoena is issued by (name, address and telephone number of attorney:) P82212
JESSICA B.K. PASK, ESQ.
MILLER, CANFIELD, PADDOCK & STONE
150 W. JEFFERSON S-2500
DETROIT MI 48226

Date of execution
5/31/19

On behalf of the
☐ Plaintiff ☒ Defendant

Signature of issuing attorney/court officer

INT-0129-MIE-4/92 REV. 4/94

PAGE ONE OF TWO

# United States District Court
# Eastern District of Michigan



*Subpoena in a Civil Case and Return of Service Form*

| Plaintiff(s)<br>DAVID CAUDLE | v | Defendant(s)<br>THE NIELSEN COMPANY (US), LLC |
|---|---|---|

**TO:** CUSTODIAN OF THE RECORDS OF
DR. RICHARD ZEKMAN
C/O OAKLAND MEDICAL GROUP
27900 GRAND RIVER  S-220
FARMINGTON HLS. MI 48336

CASE NO. 2:12 CV 13737
JUDGE GOLDSMITH

☐ SUBPOENA FOR ATTENDANCE AT TRIAL
☐ SUBPOENA FOR ATTENDANCE AT A DEPOSITION
☒ DOCUMENT PRODUCTION REQUEST ONLY
☐ PROPERTY INSPECTION REQUEST ONLY

| **COMMAND TO APPEAR** | YOU ARE HEREBY COMMANDED to appear at the place, date and time specified below to give testimony in the above case, and, if so indicated, to bring certain documents with you. |
|---|---|

Place:

Date:

Time:

☐ APPEARANCE WITH DOCUMENTS (SEE DESCRIPTION BELOW)
☐ APPEARANCE WITHOUT DOCUMENTS

| **COMMAND FOR DOCUMENTS** | YOU ARE HEREBY COMMANDED to have the following documents, objects or things delivered to the place listed below, or allow the inspection of the below-listed property at the date and time specified. |
|---|---|

Place: BEFORE A NOTARY PUBLIC AT
RECORD COPY SERVICES
18136 LAUREL PARK DRIVE NORTH SUITE 200W
LIVONIA MI 48152-3958
734-591-4100

Date: MON  JUNE 17, 2019
Time: 10:00 A.M.

**FOR INFORMATION REGARDING THIS SUBPOENA, PLEASE CALL 734-591-4100**

Description of documents/items to be produced or property to be inspected:
ANY AND ALL RECORDS OF EXAMINATION AND TREATMENT RENDERED AT ANY TIME FOR ANY REASON, INCLUDING BUT NOT LIMITED TO HISTORY RECORDS, MEDICAL REPORTS, INSURANCE REPORTS, X-RAY REPORTS, NOTATION CARDS, MEMORANDA, ALL BILLS, PAID OR UNPAID AND ANY OTHER RECORDS WHATSOEVER IN YOUR POSSESSION OR CONTROL PERTAINING TO DAVID CAUDLE (DOB 11/29/79, SSN XXX-XX-2364).

| This subpoena is issued by (name, address and telephone number of attorney:)  P82212<br>JESSICA B.K. PASK, ESQ.<br>MILLER, CANFIELD, PADDOCK & STONE<br>150 W. JEFFERSON  S-2500<br>DETROIT MI 48226 | Date of execution<br><br>5/31/19<br><br>On behalf of the<br>☐ Plaintiff  ☒ Defendant | Signature of issuing attorney/court officer |
|---|---|---|