# **Exhibit E**

# IN THE UNITED STATE DISTRICT FOR THE
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAVID CAUDLE

        CASE NO. 2:17-CV-13737

    PLAINTIFF,

VS.        HON. MARK A. GOLDSMITH

NIELSEN HOLDINGS PLC, ET AL.,

    DEFENDANT.
_____/

| | |
|---|---|
| CARLA D. AIKENS, P.C.<br>CARLA D. AIKENS (P69530)<br>CONNOR B. GALLAGHER (P82104)<br>*Attorneys for Plaintiff*<br>615 Griswold Street, Suite 709<br>Detroit, Michigan 48226<br>carla@aikenslawfirm.com<br>connor@aikenslawfirm.com<br>Tel: (844) 835-2993<br>Fax: (877) 454-1680 | MILLER, CANFIELD, PADDOCK, AND STONE, P.L.C.<br>Megan P. Norris (p39318)<br>*Attorneys for Defendant*<br>150. w Jefferson, ste. 2500<br>Detroit, MI 48226<br>Tel: 313-963-6420<br>Fax: 313-496-8453<br>norris@millercanfield.com |

_____/

## PLAINTIFF'S FIRST AMENDED WITNESS LIST

Plaintiff, by and through his attorneys, Carla D. Aikens, P.C., submits the following as her list of witnesses which he may call at the time of trial:

1. Plaintiff David Caudle

2. Ryan Dinsmore

3. David Shock

4. Lori Leveille

5. Denise Fantarella

6. Amanda Culver

7. Dr. Abigail Deland

8. Dr. Richard Zekman

9. Dr. Jeffrey Meyers

10. Current or former employees of Defendant who have knowledge regarding Plaintiff's work performance, written and verbal communications to Plaintiff regarding his performance and allegations contained in his Complaint filed in this action.

11. Customers and former customers of the Defendant that Plaintiff has identified as having knowledge of Plaintiff's work performance and allegations contained in his Complaint filed in this action.

In addition, Plaintiff may call the following witnesses:

1. All persons referred to in any Complaint filed in this lawsuit, but not specifically named;

2. All persons or entities listed on Defendant's witness list, or any other witness list filed in this case;

3. All persons or entities referred to in depositions, interrogatories, answers to interrogatories, responses to requests for documents or responses to third-party subpoenas.

As discovery is ongoing, Defendant reserves the right to designate further witnesses, including experts, after the close of discovery and in accordance with the Court's Scheduling Order. If it appears that additional witnesses will or may

be called to testify at trial, their names shall be reported to Plaintiff's counsel as soon as possible prior to trial. This restriction does not apply to rebuttal witnesses.

Dated: September 1, 2020                    Respectfully submitted by:

                                            */s/ Connor B. Gallagher*_____
                                            Connor B. Gallagher (P82104)
                                            Carla D. Aikens, P.C.
                                            *Attorneys for Plaintiff*

## PROOF OF SERVICE

On the date below, the undersigned served a copy of the foregoing Plaintiff's Frist Amended Witness List on Defendant's counsel via the Court's E-filing System at the email address provided to this Court.

Dated: September 1, 2020                    */s/ Katarzyna Pazik*
                                            Katarzyna Pazik, Legal Assistant
                                            CARLA D. AIKENS, P.C.