UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CAUDLE,

       Plaintiff,                             Civil Action No.
                                                   17-CV-13737

v.

                                                   HON. MARK A. GOLDSMITH

THE NIELSEN COMPANY
(US), LLC.,

       Defendant.
_____/

## ORDER REGARDING MOTIONS IN LIMINE

Only one motion in limine, limited to 25 pages and raising any and all issues, may be filed by each party.

       SO ORDERED.

Dated: September 16, 2020          s/Mark A. Goldsmith
Detroit, Michigan                       MARK A. GOLDSMITH
                                       United States District Judge