UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CAUDLE,

                Plaintiff,                                    Case No. 17-13737

vs.                                                          HON. MARK A. GOLDSMITH

THE NIELSEN COMPANY (US), LLC,

                Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY (Dkt. 54)

Plaintiff David Caudle has filed a motion for extension of time to file a reply concerning his motion to amend his witness list (Dkt. 54).  Defendant The Nielsen Company has concurred in this motion, the delay was minimal and will not cause any prejudice to Nielsen, and Caudle acted in good faith to remedy his error.  Accordingly, the motion is granted.  His reply concerning his motion to amend the witness list (Dkt. 53) is accepted as timely.

        SO ORDERED.

Dated:  October 7, 2020                          s/Mark A. Goldsmith
        Detroit, Michigan                        MARK A. GOLDSMITH
                                                 United States District Judge