## **INDEX OF EXHIBITS**

Exhibit 1:  Unreported Opinions
Exhibit 2:  Notices *Duces Tecum*
Exhibit 3:  Excerpts of Plaintiff's Deposition Transcript
Exhibit 4:  Correspondence Re: Outstanding Discovery
Exhibit 5:  Plaintiff's Initial Disclosures
Exhibit 6:  Aerotek Benefit Acknowledgment
Exhibit 7:  Plaintiff's Social Security Records