**Social Security Administration**

DAVID M CAUDLE                                               Date: September 10, 2019

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                             ▮▮▮▮▮▮▮▮▮▮

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2018, the full monthly Social Security benefit before any deductions is $1,543.10.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,543.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

**Information About Past Social Security Benefits**

From ==April 2018== to November 2018, the full monthly Social Security benefit before any deductions was $1,501.10.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,501.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

**Information About Supplemental Security Income Payments**

Beginning June 2019, the current Supplemental Security Income payment is $0.00 .

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning June 2019.

**Type of Supplemental Security Income Payment Information**

You are entitled to monthly payments as a disabled individual .

**Date of Birth Information**

The date of birth shown on our records is November 29, 1979.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 888-366-6152. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 26840 W SEVEN MILE RD
> REDFORD, MI 48240

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*