UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


David Caudle,

                        Plaintiff(s),

v.                                                Case No. 2:17–cv–13737–MAG–MKM
                                                  Hon. Mark A. Goldsmith

Nielsen Holdings PLC, et al.,

                        Defendant(s),

_____

## NOTICE OF TELEPHONIC CONFERENCE

   PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

   • STATUS CONFERENCE:  December 29, 2020 at 04:00 PM

   The conference shall be initiated by counsel using the provided dial–in information.

   If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

   **ADDITIONAL INFORMATION:**    The parties shall call into (877) 336–1274 and use access code: 9602327


## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/K Sandusky_____
                                    Case Manager


Dated:   December 23, 2020