UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CAUDLE,

        Plaintiff,                                  Case No. 17-13737

vs.                                            HON. MARK A. GOLDSMITH

THE NIELSEN COMPANY (US), LLC,

        Defendant.
_____/

## ORDER SETTING DATES

Pursuant to a telephonic status conference conducted on December 29, 2020, the schedule is amended as follows:

- The final pretrial conference scheduled for January 5, 2021 is adjourned to January 14, 2021 at 10:00 a.m. The conference will be conducted over Zoom, on a link the Court will provide prior to the conference.

- Trial is adjourned from January 25, 2021 to March 22, 2021. As that date approaches, the Court will provide the parties with an update as to whether trial is expected to begin that date, as other cases are scheduled for the same date. It will be conducted over Zoom. Details regarding the procedures to be followed in light of the fact that the trial will be virtual will be discussed at the final pretrial conference.

SO ORDERED.

Dated:  December 30, 2020                    s/Mark A. Goldsmith
       Detroit, Michigan                        MARK A. GOLDSMITH
                                                  United States District Judge