UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CAUDLE,

    Plaintiff,

vs.

Case No. 17-13737
HON. MARK A. GOLDSMITH

THE NIELSEN COMPANY (US), LLC,

    Defendant.
_____/

## ORDER APPOINTING FACILITATOR

Judge Edward Sosnick (retired) is appointed as a facilitator in this case. The parties are to complete facilitation by February 4, 2021, and they must share equally in paying the facilitator's fees.

SO ORDERED.

Dated: January 15, 2021
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge