UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CAUDLE.

        Plaintiff,                              Civil Action No. 17-13737

vs.                                          HON. MARK A. GOLDSMITH

THE NIELSEN COMPANY (US), INC.

        Defendant.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having been advised that this matter has settled, dismisses the case with prejudice, subject to reopening within 30 days if the settlement is not consummated, or if the parties stipulate to some other order of dismissal.

SO ORDERED.

Dated: February 11, 2021                        s/Mark A. Goldsmith
       Detroit, Michigan                      MARK A. GOLDSMITH
                                                    United States District Judge